AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

V.

RAYMOND ASSELIN, JR.

## WARRANT FOR ARREST

CASE NUMBER:  04cr 30033.008. MAP

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ——————  Raymond Asselin, Jr.
<br>Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[×] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
racketeering, conspiracy to commit federal bribery and receive illegal grauities, conspiracy to commit theft against government, conspiracy to commit mail fraud, mail fraud and obstruction of justice

in violation of
Title _____ 18 _____ United States Code, Section(s)  1962(c),201,371,641,1341,1346,1503

| Bethaney A. Healy | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | Date and Location  July 9, 2004, at Springfield |

Bail fixed at $ _____  by _____
<br>Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| St. STATE FSU 40 SANTA MARIA, SPF. MA | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 7/12/04 | FBI | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RAYMOND ASSELIN, SR

## WARRANT FOR ARREST

CASE NUMBER: 04cr 30033·001·MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____  Raymond Asselin, Sr.
                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

racketeering, racketeering conspiracy, conspiracy to commit federal bribery and receive illegal grauities, conspiracy to commit theft against the government, conspiracy to commit mail fraud, mail fraud, extortion, money laundering and obstruction of justice

in violation of
Title           18           United States Code, Section(s)   1962(c),1962(d),201,371,641,1341,1346,1951,1957,150 3

Bethaney A. Healy                                                           Deputy Clerk
Name of Issuing Officer                                                 Title of Issuing Officer

*Bethaney Healy*                                                        *July 9, 2004, at Springfield*
Signature of Issuing Officer                                           Date and Location

Bail fixed at $ _____  by _____
                                                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at *56 Stage Island, Chatham* |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/12/04 | *FBI / Special A* | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

RAYMOND ASSELIN, JR.

# WARRANT FOR ARREST

CASE NUMBER: 04cr 30033:008·MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      Raymond Asselin, Jr.
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
racketeering, conspiracy to commit federal bribery and receive illegal grauities, conspiracy to commit theft against government, conspiracy to commit mail fraud, mail fraud and obstruction of justice

in violation of
Title     18     United States Code, Section(s)   1962(c),201,371,641,1341,1346,1503

| Bethaney A. Healy | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| _(signature)_ | July 9, 2004, at Springfield |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
_St. State FBI 40 Santa MARIA, SPF, MA_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/12/04 | FBI | _(signature)_ |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

RAYMOND ASSELIN, SR.

## WARRANT FOR ARREST

CASE NUMBER: 04cr 30033-001-MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

Raymond Asselin, Sr.

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✗] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

racketeering, racketeering conspiracy, conspiracy to commit federal bribery and receive illegal grauities, conspiracy to commit theft against the government, conspiracy to commit mail fraud, mail fraud, extortion, money laundering and obstruction of justice

in violation of
Title _____18_____ United States Code, Section(s) 1962(c),1962(d),201,371,641,1341,1346,1951,1957,150 3

Bethaney A. Healy
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

_Bethaney A. Healy_
Signature of Issuing Officer

_July 9, 2004, at Springfield_
Date and Location

Bail fixed at $ _____ by _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _56 Stage Island, Chatham_ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/12/04 | FBI / Special A | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  Raymond Asselin, Sr.

ALIAS:

LAST KNOWN RESIDENCE:  115 Mayfair Ave., Springfield, MA  01104

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):  00-00-1937

SOCIAL SECURITY NUMBER (last 4 digits only):  000 - 00 - 9527

HEIGHT:                                                 WEIGHT:

SEX:      M                                             RACE:

HAIR:                                                   EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:  Federal Bureau of Investigation

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MELINDA ASSELIN

# WARRANT FOR ARREST

CASE NUMBER:  04cr 30033:010-MAP

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ............................ Melinda Asselin
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[☑] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
racketeering, conspiracy to commit federal bribery and receive illegal grauties, conspiracy to commit theft against government,

in violation of
Title                    18                United States Code, Section(s)  1962(c),201,371,641,

| | |
|---|---|
| Bethaney A. Healy | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *Bethaney A. Healy* (signature) | *July 9, 2004, at Springfield* |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ............................ by ............................

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at ............................ |

| DATE RECEIVED 7/12/04 | NAME AND TITLE OF ARRESTING OFFICER Robert C. Lewis | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/12/04 | Special Agent, FBI | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

**V.**

JOSEPH ASSELIN

# WARRANT FOR ARREST

CASE NUMBER: 04cr 30033:049-MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ......................... Joseph Asselin
                                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☒ Probation Violation Petition

charging him or her with (brief description of offense)
racketeering, conspiracy to commit federal bribery and receive illegal grauities, conspiracy to commit theft against government, conspiracy to commit mail fraud, mail fraud and money laundering

in violation of
Title          18          United States Code, Section(s)  1962(c),201,371,641,1341,1346,1957

Bethaney A. Healy                                           - Deputy Clerk
Name of Issuing Officer                                    Title of Issuing Officer

Bethaney A Healy                              July 9, 2004, at Springfield
Signature of Issuing Officer                   Date and Location

Bail fixed at $ _____ by _____
                                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 518 Old Farm Rd, Amherst, MA |

| DATE RECEIVED 7/12/04 | NAME AND TITLE OF ARRESTING OFFICER Special Agent Robert C. Lewis | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/10/04 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

—————— DISTRICT OF  MASSACHUSETTS ——————

UNITED STATES OF AMERICA

v.

JOHN SPANO

## WARRANT FOR ARREST

CASE NUMBER:  04cr 30033:004-MAP

To:  The United States Marshal
 and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ............    John Spano
                                                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
racketeering, racketeering conspiracy, conspiracy to commit federal bribery and receive illegal grauities

in violation of
Title _____ 18 _____ United States Code, Section(s)  1962(c), 1962(d), 201, 371

Bethaney A. Healy,
Name of Issuing Officer

_Signature of Issuing Officer_

Deputy Clerk
Title of Issuing Officer

July 9, 2004, at Springfield
Date and Location

Bail fixed at $ _____  by _____
                                                                   Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| 119 Humphrey Lane, West Springfield, MA | | |
| DATE RECEIVED 7/10/04 | NAME AND TITLE OF ARRESTING OFFICER Special Agent Brian F. Warren | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 7/10/04 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

_____ **DISTRICT OF** MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

ARTHUR SOTIRION

**WARRANT FOR ARREST**

CASE NUMBER: 04cr 30033 : CC2 MAP

To:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

Arthur Sotirion
_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| | Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)

racketeering, racketeering conspiracy, conspiracy to commit federal bribery and receive illegal grauities, conspiracy to commit theft against the government, conspiracy to commit mail fraud, mail fraud, extortion and obstruction of justice

in violation of
Title            18            United States Code, Section(s)  1962(c),1962(d),201,371,641,1341,1346,1951,1503

Bethaney A. Healy
_____
Name of Issuing Officer

_____
Signature of Issuing Officer

Deputy Clerk
_____
Title of Issuing Officer

July 9, 2004, at Springfield
_____
Date and Location

Bail fixed at $ _____  by  _____
                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _lll Carando Springfield, MA_ |

| DATE RECEIVED 07/12/2004 | NAME AND TITLE OF ARRESTING OFFICER William T Wattrock Special Agent FBI | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 07/12/2004 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MERYLINA ASSELIN

## WARRANT FOR ARREST

CASE NUMBER: 04cr 30033:03-MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Merylina Asselin
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

racketeering, conspiracy to commit federal bribery and receive illegal grauities, conspiracy to commit theft against government, conspiracy to commit mail fraud and mail fraud

in violation of
Title _____ 18 _____ United States Code, Section(s) 1962(c),201,371,641,1341,1346

Bethaney A. Healy                              Deputy Clerk
Name of Issuing Officer                        Title of Issuing Officer

_Bethaney A Healy_                             _July 9, 2004, at Springfield_
Signature of Issuing Officer                   Date and Location

Bail fixed at $ _____ by _____
                                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 56 Stage Island, Chatham M |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/12/04 | FBI/SA | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  Merylina Asselin

ALIAS:

LAST KNOWN RESIDENCE:  184 Bowles Park, Springfield, MA  01104-1512

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):  00-00-1970

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 7633

HEIGHT:                                              WEIGHT:

SEX:      F                                            RACE:

HAIR:                                                 EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:




FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS:

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

PETER DAVIS

## WARRANT FOR ARREST

CASE NUMBER: 04cr 30533-003-MAP

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Peter Davis
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

racketeering, racketeering conspiracy, conspiracy to commit federal bribery and receive illegal grauities and obstruction of justice

in violation of
Title _____ 18 _____ United States Code, Section(s) 1962(c), 1962(d), 201, 371, 1503

Bethaney A. Healy                                    Deputy Clerk
Name of Issuing Officer                              Title of Issuing Officer

_Bethaney A Healy_                                   July 9, 2004, at Springfield
Signature of Issuing Officer                         Date and Location

Bail fixed at $ _____ by _____
                                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | SA Kevin Constantine | |
| DATE OF ARREST | FBI Boston | |
| 7/12/04 | | Kevin J. Constad |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  Peter Davis

ALIAS:

LAST KNOWN RESIDENCE:  9 Overlook Lane, Newburyport, MA 01950

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):

SOCIAL SECURITY NUMBER (last 4 digits only):

HEIGHT:                                          WEIGHT:

SEX:    M                                         RACE:

HAIR:                                             EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF   MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CHRISTOPHER ASSELIN

## WARRANT FOR ARREST

CASE NUMBER:  04cr 30033 - MAP (03)

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Christopher Asselin

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

racketeering, conspiracy to commit federal bribery and receive illegal grauities, conspiracy to commit theft against government, conspiracy to commit mail fraud, mail fraud and extortion

in violation of
Title _____ 18 _____ United States Code, Section(s)  1962(c),201,371,641,1341,1346,1951

Bethaney A. Healy                     Deputy Clerk
Name of Issuing Officer                Title of Issuing Officer

Signature of Issuing Officer           Date and Location   July 9, 2004, at Springfield

Bail fixed at $ _____ by _____

Name of Judicial Officer

| RETURN |
|---|

This warrant was received and executed with the arrest of the above-named defendant at

56 Stage Island, Chatham, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/12/04 | FBI/SA | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  Christopher Asselin

ALIAS:

LAST KNOWN RESIDENCE:  184 Bowles Park, Springfield, MA  01104-1512

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):  00-00-1969

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 1988

HEIGHT:                                              WEIGHT:

SEX:     M                                           RACE:

HAIR:                                                EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MARIA SERRAZINA

## WARRANT FOR ARREST

CASE NUMBER: 04cr 30053 :011 - MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Maria Serrazina

_Name_

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
racketeering, conspiracy to commit federal bribery and receive illegal gratuities, conspiracy to commit theft against government and obstruction of justice

in violation of
Title _____ 18 _____ United States Code, Section(s) 1962(c),201,371,641,1503

___Bethaney A. Healy,___                    ___Deputy Clerk___
Name of Issuing Officer                      Title of Issuing Officer

_[signature]_                                _July 9, 2004, at Springfield_
Signature of Issuing Officer                 Date and Location

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 56 Stage Island, Chatham MA |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| _DATE OF ARREST_ 7/12/04 | FBI / SA | _[signature]_ |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  Maria Serrazina

ALIAS:

LAST KNOWN RESIDENCE:  140 Salli Circle, Ludlow, MA 01056-3232

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):  00-00-1964

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 1927

HEIGHT:                                                          WEIGHT:

SEX:        F                                                    RACE:

HAIR:                                                            EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JAMES ASSELIN

## WARRANT FOR ARREST

CASE NUMBER:  04cr 3033 'CC-1-MAP

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____  James Asselin
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
racketeering, conspiracy to commit federal bribery and receive illegal gratuities, conspiracy to commit theft against government, conspiracy to commit mail fraud, mail fraud and obstruction of justice

in violation of
Title         18         United States Code, Section(s)  1962(c),201,371,641,1341,1346,1503

Bethaney A. Healy                          Deputy Clerk
Name of Issuing Officer                    Title of Issuing Officer

_Bethaney A. Healy_                        _July 9, 2004, at Springfield_
Signature of Issuing Officer              Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 56 Stage Island, Chatham, MA |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/12/04 | FBI/SA | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  James Asselin

ALIAS:

LAST KNOWN RESIDENCE:  16 Dwight Road, Springfield, MA 01108-3404

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):  00-00-1960

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 2604

HEIGHT:                                      WEIGHT:

SEX:    M                                    RACE:

HAIR:                                        EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:



FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:



INVESTIGATIVE AGENCY AND ADDRESS:

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JANET ASSELIN

## WARRANT FOR ARREST

CASE NUMBER: 04cr 30033:CCC-MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Janet Asselin
_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

racketeering, conspiracy to commit federal bribery and receive illegal grauities, commit theft against government, conspiracy to commit mail fraud, mail fraud and obstruction of justice

in violation of
Title _____18_____ United States Code, Section(s) 1962(c),1962(d),201,371,641,1341,1346,1503

Bethaney A. Healy _____        Deputy Clerk_____
Name of Issuing Officer                   Title of Issuing Officer

_[signature]_                             July 9, 2004, at Springfield
Signature of Issuing Officer              Date and Location

Bail fixed at $ _____  by _____
                                        Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| 56 Stage Island , Chatham. MA | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 7/12/04 | FBI/SA | _[signature]_ |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Janet Asselin

ALIAS:

LAST KNOWN RESIDENCE: 115 Mayfair Ave., Springfield, MA 01104

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1936

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 0621

HEIGHT:                                          WEIGHT:

SEX:     F                                        RACE:

HAIR:                                            EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: