UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**CASE NO. 04-30033-MAP**

V.

**RAYMOND ASSELIN, ET AL**

**NOTICE**

**NEIMAN, M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for an INITIAL STATUS CONFERENCE on JANUARY 19, 2005, at 1:00 P.M., before Magistrate Judge Neiman, Courtroom # __3__ on the __5th__ floor. A joint status report shall be filed by January 14, 2005.

TONY ANASTAS,
CLERK OF COURT

**November 9. 2005**             By: /s/ John C. Stuckenbruck
  Date                                          Deputy Clerk

**Notice sent to:**

**All counsel of record via mail and electronically**

**(Notice of Hearing.wpd - 7/99)**                                                                                            **[kntchrgcnf.]**
                                                                                                                                              **[ntchrgcnf.]**