| 10a 10b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 630 for $336.00 on or about 02/17/98 | New tires and a front end alignment on defendant ARTHUR SOTIRION's father's Cadillac Fleetwood |
|---|---|---|---|
| 11a 11b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 631 for $277.00 on or about 02/20/98 | Automotive work and materials for the personal vehicle of a member of the Asselin family or Sotirion family |
| 12a 12b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 643 for $7,690.57 on or about 03/27/98 | Cherry kitchen cabinets installed at the new residence of defendants JOSEPH and MELINDA ASSELIN |
| 13a 13b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 650 for $6,003.90 on or about 04/28/98 | Corian countertop installed at the new residence of defendants JOSEPH and MELINDA ASSELIN |
| 14a 14b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 666 for $2,518.40 on or about 05/24/98 | Approximately 209 yards of loam to the residence of defendants JOSEPH and MELINDA ASSELIN |
| 15a 15b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 670 for $225.00 on or about 05/26/98 | Transportation of a bulldozer used to grade the lawn at the residence of defendants JOSEPH and MELINDA ASSELIN |
| 16a 16b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 687 for $3,772.50 on or about 07/09/98 | Personal computer equipment delivered to defendant SOTIRION |
| 17a 17b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 800 for $7,500.00 on or about 08/20/98 | New driveway installed at the residence of defendants JOSEPH and MELINDA ASSELIN |

| 18a 18b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 723 for $2,340.35 on or about 08/27/98 | A Broilermaster Premium "P" Series and two Deluxe "D" Series Stainless Steel Grills for defendants ASSELIN, SR. and SOTIRION |
| --- | --- | --- | --- |
| 19a 19b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 726 for $255.15 on or about 09/08/98 | Three yards of concrete at the residence of defendant SOTIRION |
| 20a 20b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 738 for $550.00 on or about 09/27/98 | Big E tickets delivered to defendant SOTIRION |
| 21a 21b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 756 for $391.95 on or about 11/20/98 | Whirlpool appliance for a member of the Asselin or Sotirion family |
| 22a 22b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 755 for $4,100.00 on or about 11/22/98 | Bosch dishwasher, General Electric refrigerator, Whirlpool stove, and another Whirlpool appliance for a member of the Asselin or Sotirion family |
| 23a 23b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 762 for $1,390.20 on or about 12/21/98 | Personal electronic equipment for members of the Asselin or Sotirion family |
| 24a 24b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 770 for $3,390.00 on or about 02/09/99 | Granite countertop installed in the residence of defendants RAYMOND and JANET ASSELIN, SR. |
| 25a 25b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 779 for $1,500.00 on or about 06/08/99 | Check delivered to defendant SOTIRION and subsequently cashed |

| 26a<br>26b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 781 for<br>$482.55 on or about<br>06/24/99 | Payment for four new tires on defendant JANET ASSELIN's Chrysler LeBaron |
|---|---|---|---|
| 27a<br>27b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 782 for<br>$6,630.00 on or about<br>06/24/99 | Approximately 40,000 to 60,000 letters and 30,000 to 40,000 envelopes for defendant CHRISTOPHER ASSELIN's 1998 campaign for state representative |
| 28a<br>28b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 784 for<br>$792.68 on or about<br>07/07/99 | Lumber and materials for a new deck at defendant JAMES ASSELIN's residence |
| 29a<br>29b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 789 for<br>$6,750.00 on or about<br>07/26/99 | New residential roof and barn roof at the residence of defendant SOTIRION's sister |
| 30a<br>30b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 793 for<br>$1,125.00 on or about<br>08/11/99 | Pressure treated decking, two storm windows, and a load of mulch installed at defendant SOTIRION's rental property |
| 31a<br>31b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 794 for<br>$2,375.00 on or about<br>08/11/99 | Automotive work on defendant SOTIRION's personal vehicles and his daughter's Ford Taurus |
| 32a<br>32b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 802 for<br>$8,314.78 on or about<br>08/21/99 | New indoor air conditioning system installed at the residence of defendant RAYMOND and JANET ASSELIN, SR. |

23

| | | | |
|---|---|---|---|
| 33a<br>33b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc. Check No. 809 for $1,267.13 on or about 09/02/99 | Sliding french door installed at the residence of defendant ASSELIN, JR. |
| 34a<br>34b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc. Check No. 820 for $1,167.00 on or about 09/27/99 | Forty twenty foot lengths of Trex decking installed on the deck of a member of the Asselin or Sotirion family |
| 35a<br>35b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc. Check No. 822 for $921.78 on or about 10/01/99 | Payment for lumber and materials at the residence of defendant ASSELIN, JR. |
| 36a<br>36b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc. Check No. 824 for $1,000.00 on or about 10/01/99 | Gas grill purchased by defendant SOTIRION |
| 37a<br>37b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc. Check No. 825 for $8,400.00 on or about 10/07/99 | Windows and gutters installed at the residence of defendant JAMES ASSELIN |
| 38a<br>38b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc. Check No. 826 for $5,334.00 on or about 10/08/99 | Frigidaire stove and refrigerator for the residence of defendant MARIA SERRAZINA; and a General Electric microwave, Jenn-Air stove, and Whirlpool washer and dryer for the residence of defendant JAMES ASSELIN |
| 39a<br>39b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc. Check No. 828 for $1,500.00 on or about 10/21/99 | Check delivered to defendant SOTIRION and subsequently cashed |

| | | | |
|---|---|---|---|
| 40a 40b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 834 for $6,000.00 on or about 11/08/99 | Check delivered to defendant SOTIRION and subsequently cashed |
| 41a 41b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 836 for $4,850.00 on or about 11/22/99 | Cedar fence installed at the residence of defendant SOTIRION |
| 42a 42b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 841 for $800.00 on or about 12/21/99 | Four mirrors installed at the residence of JOSEPH and MELINDA ASSELIN |
| 43a 43b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 845 for $2,460.00 on or about 01/05/00 | Digital camera, a DVD player, and other pieces of electronic equipment received by defendant SOTIRION |
| 44a 44b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 847 for $2,130.00 on or about 01/14/00 | Reconditioned transmission and other automotive work on the personal vehicle of defendant SOTIRION's daughter |
| 45a 45b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 848 for $1,864.00 on or about 01/20/00 | Payment for a coin wrapping machine for defendant ASSELIN, SR. and defendant SOTIRION's quarter skimming scheme |
| 46a 46b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 853 for $50,000.00 on or about 03/17/00 | First installment of $100,000.00 payment to defendant SOTIRION on behalf of his brother |
| 47a 47b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check Nos. 865 and 879 totaling $1,114.13 on or about 05/05/00 | Lumber and materials for a new deck at the residence of defendant RAYMOND ASSELIN, JR. |

25

| 48a<br>48b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 884 for<br>$630.00 on or about<br>06/24/00 | Catering services<br>for a campaign<br>function held on<br>behalf of defendant<br>CHRISTOPHER ASSELIN |
|---|---|---|---|
| 49a<br>49b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 893 for<br>$3,059.00 on or about<br>07/26/00 | Automotive work on<br>defendant JANET<br>ASSELIN's Chrysler<br>LeBaron and other<br>personal vehicles<br>belonging to members<br>of the Asselin and<br>Sorition family |
| 50a<br>50b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 923 for<br>$50,000.00 on or about<br>08/15/00 | Final installment of<br>$100,000.00 payment<br>to defendant<br>SOTIRION on behalf<br>of his brother |
| 51a<br>51b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 946 for<br>$493.50 on or about<br>10/02/00 | Hanson twenty pound<br>gas grill propane<br>cylinders and a<br>Ducane gas grill<br>replacement part for<br>members of the<br>Asselin and Sotirion<br>families |
| 52a<br>52b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 1000 for<br>$2,430.00 on or about<br>11/08/00 | Body work on<br>defendant SOTIRION's<br>1991 Cadillac and<br>defendant JANET<br>ASSELIN'S 1992<br>Chrysler LeBaron |
| 53a<br>53b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 1014 for<br>$800.00 on or about<br>11/15/00 | Check delivered to<br>defendant SOTIRION<br>and subsequently<br>cashed |

26

| 54a 54b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 1053 for $3,139.35 on or about 01/17/01 | Dell Pentium computer, office table, and highback leather chair for defendant CHRISTOPHER ASSELIN's office, and a 32" Sony television delivered to the residence of defendant ARTHUR SOTIRION |
|---|---|---|---|
| 55a 55b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 1067 for $5,957.51 on or about 05/21/01 | New windows at the residences of defendants CHRISTOPHER and MERYLINA ASSELIN, and defendant ASSELIN, JR. |
| 56a 56b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 1070 for $650.00 on or about 04/20/01 | Tree service work to prepare for the installation of an in-ground swimming pool at the residence of defendants CHRISTOPHER and MERYLINA ASSELIN |
| 57a 57b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 1078 for $725.00 on or about 05/08/01 | Approximately twenty-five water filters for defendant ASSELIN, SR. |
| 58a 58b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 1079 for $2,100.00 on or about | Labor to install new windows at the residences of defendants CHRISTOPHER and MERYLINA ASSELIN, and defendant ASSELIN, JR. |

27

| 59a 59b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 1083 for $8,100.00 on or about 05/16/01 | Partial payment of an in-ground swimming pool and slide installed at the residence of defendants CHRISTOPHER and MERYLINA ASSELIN |
|---|---|---|---|
| 60a 60b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 1089 for $2,100.00 on or about 06/08/01 | Partial payment of in-ground swimming pool and slide installed at the residence of defendants CHRISTOPHER and MERYLINA ASSELIN |
| 61a 61b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 1094 for $5,928.69 on or about 06/29/01 | An alarm system installed at the residence of defendant MARIA SERRAZINA; a central vacuum system and an updated alarm panel installed at the rental property of defendant ARTHUR SOTIRION; and a global positioning system device for an automobile |
| 62a 62b | 18 USC 201 MGL Ch 268A | G & R Associates, Inc. Check No. 1104 for $6,000.00 on or about 08/26/01 | Carport roof installed at the residence of defendants RAYMOND and JANET ASSELIN, SR.; construction of a front porch at the residence of defendant MARIA SERRAZINA; and various roof jobs at the residence of defendant ARTHUR SOTIRION's father |

| 63a<br>63b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 1120 for<br>$5,000.00 on or about<br>09/06/01 | Exterior painting of the residence of defendants CHRISTOPHER and MERYLINA ASSELIN, and trim work at the residence of defendants JOSEPH and MELINDA ASSELIN |
|---|---|---|---|
| 64a<br>64b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 1129 for<br>$2,480.00 on or about<br>10/15/01 | Approximately 20,000 to 30,000 campaign letters and 10,000 to 15,000 campaign envelopes for defendant CHRISTOPHER ASSELIN |
| 65a<br>65b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 1130 for<br>$3,502.89 on or about<br>10/15/01 | Washer and dryer delivered by Lowes to the residence of defendants CHRISTOPHER and MERYLINA ASSELIN; Sony recorder delivered to defendant SOTIRION; Big E tickets and an Olympus digital camera for members of the Asselin or Sotirion families |
| 66a<br>66b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 1137 for<br>$661.50 on or about<br>11/14/01 | Payment for seven hundred fifty (750) invitations and response cards for the Dolly Asselin Retirement Party |
| 67a<br>67b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 1161 for<br>$1,165.50 on or about<br>12/15/01 | Two upright Hoover vacuums and a Canon copier for members of the Asselin and Sotirion families |

29

| 68a<br>68b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 1163 for<br>$600.00 on or about<br>12/27/01 | One hundred Showcase<br>Cinema movie tickets<br>delivered to<br>defendant SOTIRION |
| --- | --- | --- | --- |
| 69a<br>69b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 1166 for<br>$4,150.00 on or about<br>01/02/02 | 12' by 16' outdoor<br>shed, built to match<br>the existing house,<br>installed at the<br>residence of<br>defendants JOSEPH<br>and MELINDA ASSELIN |
| 70a<br>70b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 1168 for<br>$255.00 on or about<br>01/09/02 | Four new tires on a<br>personal vehicle of<br>a member of the<br>Asselin family or<br>Sotirion family |
| 71a<br>71b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 1169 for<br>$1,870.00 on or about<br>01/08/02 | Reconditioned<br>transmission and<br>other automotive<br>work in defendant<br>SOTIRION's personal<br>vehicle |
| 72a<br>72b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 1187 for<br>$1,725.00 on or about<br>02/15/02 | Reconditioned<br>transmission and<br>other automotive<br>work on defendant<br>SOTIRION's Cadillac<br>Brougham |
| 73a<br>73b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 1197 for<br>$100,000.00 on or<br>about 03/01/02 | Payment related to<br>the purchase of CHI<br>Insurance Agency,<br>Inc. by defendant<br>JOSEPH ASSELIN |
| 74a<br>74b | 18 USC 201<br>MGL Ch 268A | G & R Associates, Inc.<br>Check No. 1202 for<br>$7,000.00 on or about<br>03/15/02 | Survey work at the<br>Whately residence of<br>defendant SOTIRION's<br>sister |

| 75a | 18 USC 201 | G & R Associates, Inc. | Catering services |
|-----|-----------|------------------------|-------------------|
| 75b | MGL Ch 268A | Check No. 1211 for $1,570.00 on or about 04/17/02 | for a political event for defendant CHRISTOPHER ASSELIN |

All in violation of Title 18, United States Code, Section 201 and Title 18, United States Code, Section 2.

### Racketeering Acts 76 through 100

39.   Racketeering Acts 76 through 100 consisted of the following:

a.   On or about the following dates, in the District of Massachusetts,

### RAYMOND ASSELIN, SR.
### and
### ARTHUR SOTIRION,

defendants herein,  public official, did directly and indirectly corruptly demand, seek, receive, accept, and agree to receive and accept the following things of value from Manny's Plumbing & Heating, Inc. and Manny's Plumbing & Heating, Inc./G & R Associates, Inc., a Joint Venture, all in return for and with the intent of being influenced in the performance of an official act; being influenced to commit and aid in committing and to collude in, and allow, a fraud, and to make opportunity for the commission of a fraud; and being influenced to act and omit to do an act in violation of his official duty; that is, to fraudulently generate bid proposals, collude in the preparation of bid proposals, award contracts, steer sub-contracts and

31

otherwise provide preferential treatment during the terms of
contracts to Manny's Plumbing & Heating, Inc. and Manny's
Plumbing & Heating, Inc./G & R Associates, Inc., a Joint Venture,
all in violation of Title 18, United States Code, Sections
201(b)(2)(A), (B), and (C) and Title 18, United States Code,
Section 2;

      b.   On or about the following dates, in the
Commonwealth of Massachusetts,

## RAYMOND ASSELIN, SR.
## and
## ARTHUR SOTIRION,

defendants herein,  state employee, did directly and indirectly
corruptly ask, demand, exact, solicit, seek, accept, receive, and
agree to receive for himself and other persons and entities the
following things of value from Manny's Plumbing & Heating, Inc.
and Manny's Plumbing & Heating, Inc./G & R Associates, Inc., a
Joint Venture, in return for being influenced in the performance
of any official act or act within his official responsibility;
being influenced to commit and aid in committing and to collude
in, and allow any fraud, and to make opportunity for the
commission of any fraud on the Commonwealth and on a state,
county or municipal agency; and being induced to do and omit to
do any act in violation of his official duty; that is, to
fraudulently generate bid proposals, collude in the preparation
of bid proposals, award contracts, steer sub-contracts and

32

en

otherwise provide preferential treatment during the terms of
contracts to Manny's Plumbing & Heating, Inc. and Manny's
Plumbing & Heating, Inc./G & R Associates, Inc., a Joint Venture,
all in violation of Massachusetts General Laws, Chapter 268A,
Sections 2(b)(1), (2) and (3):

| Act | Violation | Thing of Value for Act a and b and Date | Beneficiary of Act a and b |
|---|---|---|---|
| 76a 76b | 18 USC 201 MGL Ch 268A | $4,000.00 worth of free labor and materials on or about the fall, 1996 | Plumbing installed at the residence of defendants CHRISTOPHER and MERYLINA ASSELIN |
| 77a 77b | 18 USC 201 MGL Ch 268A | $10,201.52 worth of free labor and materials between 10/28/97 through 01/05/99 | Plumbing system installed at the new residence of defendants JOSEPH and MELINDA ASSELIN |
| 78a 78b | 18 USC 201 MGL Ch 268A | Manny's Plumbing & Heating, Inc. Check Nos. 2305, 2419 and 3085 for $10,000.00 between 12/08/97 and 04/28/98 | Heating and air conditioning systems installed at the new residence of defendants JOSEPH and MELINDA ASSELIN |
| 79a 79b | 18 USC 201 MGL Ch 268A | $2,131.42 worth of free labor and materials on or about 11/20/98 | Stainless steel sink, sewage ejector and hot water heater installed at RayTron, Inc., the business of defendant ASSELIN, JR. |
| 80a 80b | 18 USC 201 MGL Ch 268A | Manny's Plumbing & Heating, Inc./G & R Associates, Inc. Joint Venture Check No. 1033 for $2,525.00 on or about 12/02/98 | New house roof and shed roof at the residence of defendants CHRISTOPHER and MERYLINA ASSELIN |

33

| 81a<br>81b | 18 USC 201<br>MGL Ch 268A | $1,500.00 worth of free labor and materials in or about late 1998 and early 1999 | Plumbing services performed at the residence of defendants RAYMOND and JANET ASSELIN, SR. |
|---|---|---|---|
| 82a<br>82b | 18 USC 201<br>MGL Ch 268A | $308.00 worth of free labor and materials on or about 03/25/99 | Plumbing services for work done at the residence of defendant ARTHUR G. SOTIRION's parents |
| 83a<br>83b | 18 USC 201<br>MGL Ch 268A | Manny's Plumbing & Heating, Inc./G & R Associates, Inc. Joint Venture Check No. 4855 for $8,015.27 on or about 06/26/99 | A Black Quartz Corian kitchen countertop installed at the residence of defendant SOTIRION |
| 84a<br>84b | 18 USC 201<br>MGL Ch 268A | Manny's Plumbing & Heating, Inc. payment of approximately $3,000.00 in or about the fall, 1999 | Labor related to the kitchen remodeling at the residence of defendant SOTIRION |
| 85a<br>85b | 18 USC 201<br>MGL Ch 268A | Manny's Plumbing & Heating, Inc. Check No. 1104 for $27,450.00 on or about 01/20/00 | Repayment of loan taken from employer by defendant JOSEPH ASSELIN |
| 86a<br>86b | 18 USC 201<br>MGL Ch 268A | Manny's Plumbing & Heating, Inc. Check No. for $6,718.58 on or about 02/14/00 | Kitchen cabinets installed at the residence of SHA's Chief Purchasing Agent |
| 87a<br>87b | 18 USC 201<br>MGL Ch 268A | Manny's Plumbing & Heating, Inc./G & R Associates, Inc. Joint Venture Check No. 1129 for $30,000.00 on or about 04/12/00 | Money to Valley Floor Covering |
| 88a<br>88b | 18 USC 201<br>MGL Ch 268A | $12,245.68 worth of free labor and materials between on or about 11/00/99 and 06/00/00 | Plumbing system installed at the residence of SHA's Chief Purchasing Agent |

| | | | |
|---|---|---|---|
| 89a<br>89b | 18 USC 201<br>MGL Ch 268A | Manny's Plumbing &<br>Heating, Inc./G & R<br>Associates, Inc. Joint<br>Venture Check No. 1162<br>for $7,500.00 on or<br>about 06/19/00 | Siding, gutters, and<br>several pairs of<br>shutters installed<br>at the residence of<br>SHA's Chief<br>Purchasing Agent |
| 90a<br>90b | 18 USC 201<br>MGL Ch 268A | $25,000.00 in cash<br>paid through a series<br>of cash payments<br>beginning in or about<br>September, 2000 | Cash to defendant<br>SOTIRION |
| 91a<br>91b | 18 USC 201<br>MGL Ch 268A | $5,000.00 in cash paid<br>through a series of<br>cash payments<br>beginning in or about<br>September, 2000 | Cash to defendant<br>SOTIRION |
| 92a<br>92b | 18 USC 201<br>MGL Ch 268A | Manny's Plumbing &<br>Heating, Inc./G & R<br>Associates, Inc. Joint<br>Venture Check No. 1270<br>for $450.00 on or<br>about 11/16/00 | Twenty "Chris<br>Asselin State<br>Representative"<br>signs measuring four<br>feet by five feet<br>for defendant<br>CHRISTOPHER ASSELIN |
| 93a<br>93b | 18 USC 201<br>MGL Ch 268A | Manny's Plumbing &<br>Heating, Inc./G & R<br>Associates, Inc. Joint<br>Venture Check No. 1281<br>for $2,800.00 on or<br>about 12/12/00 | New engine in SHA's<br>Chief Purchasing<br>Agent's van |
| 94a<br>94b | 18 USC 201<br>MGL Ch 268A | Manny's Plumbing &<br>Heating, Inc./G & R<br>Associates, Inc. Joint<br>Venture Check No. 1294<br>for $8,700.00 on or<br>about 12/27/00 | Approximately 60,000<br>to 80,000 letters<br>and 40,000 to 50,000<br>envelopes for<br>defendant<br>CHRISTOPHER<br>ASSELIN's 2000<br>campaign for state<br>representative |
| 95a<br>95b | 18 USC 201<br>MGL Ch 268A | Manny's Plumbing &<br>Heating, Inc. Check<br>No. 7591 for $787.97<br>on or about 03/22/01 | Five maple kitchen<br>cabinet units for<br>the residence of<br>defendant JAMES<br>ASSELIN |

| 96a 96b | 18 USC 201 MGL Ch 268A | $1,678.16 worth of free plumbing materials and services on or about 08/01/01 | Plumbing services at the rental property of defendant SOTIRION |
|---|---|---|---|
| 97a 97b | 18 USC 201 MGL Ch 268A | Manny's Plumbing & Heating, Inc. Check No. 9398 for $77,200.00 on or about 06/10/02 | Partial payment towards outstanding debt owed to defendants ASSELIN, SR. and SOTIRION |
| 98a 98b | 18 USC 201 MGL Ch 268A | Manny's Plumbing & Heating, Inc. Check No. 9399 for $122,800.00 on or about 06/10/02 | Payment related to the purchase of CHI Insurance Agency, Inc. by defendant JOSEPH ASSELIN |
| 99a 99b | 18 USC 201 MGL Ch 268A | $258.56 worth of free plumbing materials and services on or about 06/14/02 | Plumbing services at the rental property of defendant SOTIRION |
| 100a 100b | 18 USC 201 MGL Ch 268A | $5,958.05 worth of free plumbing materials and services on or about 09/30/02 | Plumbing services for the installation of a 400,000 BTU pool heater at the residence of defendants CHRISTOPHER and MERYLINA ASSELIN |

All in violation of Title 18, United States Code, Section
201 and Title 18, United States Code, Section 2.

### Racketeering Acts 101 through 113

40.    Racketeering Acts 101 through 113 consisted of the
following:

a.    On or about the following dates, in the District
of Massachusetts,

36

**RAYMOND ASSELIN, SR.**
**and**
**ARTHUR SOTIRION,**

defendants herein, public official, did directly and indirectly
corruptly demand, seek, receive, accept, and agree to receive and
accept the following things of value from Peter Davis, d/b/a P.J.
Richfield, Inc., all in return for and with the intent of being
influenced in the performance of an official act; being
influenced to commit and aid in committing and to collude in, and
allow, a fraud, and to make opportunity for the commission of a
fraud; and being influenced to act and omit to do an act in
violation of his official duty; that is, to fraudulently generate
bid proposals, collude in the preparation of bid proposals, award
contracts, steer sub-contracts and otherwise provide preferential
treatment during the terms of contracts to Peter Davis, d/b/a
P.J. Richfield, Inc., all in violation of Title 18, United States
Code, Sections 201(b)(2)(A), (B), and (C) and Title 18, United
States Code, Section 2;

b.    On or about the following dates, in the
Commonwealth of Massachusetts,

**RAYMOND ASSELIN, SR.**
**and**
**ARTHUR SOTIRION,**

defendants herein, state employee, did directly and indirectly
corruptly ask, demand, exact, solicit, seek, accept, receive, and
agree to receive for himself and other persons and entities the

37

following things of value from Peter Davis, d/b/a P.J. Richfield, Inc., in return for being influenced in the performance of any official act or act within his official responsibility; being influenced to commit and aid in committing and to collude in, and allow any fraud, and to make opportunity for the commission of any fraud on the Commonwealth and on a state, county or municipal agency; and being induced to do and omit to do any act in violation of his official duty; that is, to fraudulently generate bid proposals, collude in the preparation of bid proposals, award contracts, steer sub-contracts and otherwise provide preferential treatment during the terms of contracts to Peter Davis, d/b/a P.J. Richfield, Inc., all in violation of Massachusetts General Laws, Chapter 268A, Sections 2(b)(1), (2) and (3);

c.  On or about the following dates, in the District of Massachusetts,

**PETER DAVIS,**

defendant herein, did directly and indirectly corruptly give, offer, and promise anything of value to a public official, that is defendants RAYMOND ASSELIN, SR. and ARTHUR SOTIRION, all with the intent to influence an official act of said public official; to influence said public official to commit and to aid in committing, and to collude in, and allow, a fraud, and to make opportunity for the commission of a fraud; and to induce said public official to do and omit to do an act in violation of his

38

official duty; that is, to fraudulently generate bid proposals,
collude in the preparation of bid proposals, award contracts,
steer sub-contracts and otherwise provide preferential treatment
during the terms of contracts to Peter Davis, d/b/a P.J.
Richfield, Inc., all in violation of Title 18, United States
Code, Sections 201(b)(1)(A), (B), and (C);

      d.   On or about the following dates, in the
Commonwealth of Massachusetts,

### PETER DAVIS,

defendant herein, did directly and indirectly corruptly give,
offer, and promise anything of value to any state employee, that
is defendants RAYMOND ASSELIN, SR. and ARTHUR SOTIRION, with
intent to influence any official act or any act within the
official responsibility of said state employee; to influence said
state employee to commit and aid in committing, and to collude
in, and allow, any fraud, and make opportunity for the commission
of any fraud on the Commonwealth and on a state, county or
municipal agency; and to induce said state employee to do and
omit to do any act in violation of his official duty; that is, to
fraudulently generate bid proposals, collude in the preparation
of bid proposals, award contracts, steer sub-contracts and
otherwise provide preferential treatment during the terms of
contracts to Peter Davis, d/b/a P.J. Richfield, Inc., all in
violation of Massachusetts General Laws, Chapter 268A, Sections

39

2(a)(1), (2) and (3):

| Act | Violation | Thing of Value for Act a, b, c and d and Date | Beneficiary of Act a, b, c and d |
|---|---|---|---|
| 101a 101b 101c 101d | 18 USC 201 MGL Ch 268A 18 USC 201 MGL Ch 268A | P.J. Richfield, Inc. Check No. 1077 for $2,491.32 on or about 09/30/96 | New cherry kitchen cabinets at the residence of defendants CHRISTOPHER and MERYLINA ASSELIN |
| 102a 102b 102c 102d | 18 USC 201 MGL Ch 268A 18 USC 201 MGL Ch 268A | P.J. Richfield, Inc. Check No. 1079 for $2,000.00 on or about 10/01/96 | Exterior painting at the residence of defendants CHRISTOPHER and MERYLINA ASSELIN |
| 103a 103b 103c 103d | 18 USC 201 MGL Ch 268A 18 USC 201 MGL Ch 268A | P.J. Richfield, Inc. Check No. 1080 for $350.00 on or about 10/01/96 | Labor to install ceramic tile at the residence of defendants CHRISTOPHER and MERYLINA ASSELIN |
| 104a 104b 104c 104d | 18 USC 201 MGL Ch 268A 18 USC 201 MGL Ch 268A | P.J. Richfield, Inc. Check No. 1081 for $720.00 on or about 10/02/96 | Sanding and refinishing five rooms at the residence of defendants CHRISTOPHER and MERYLINA ASSELIN |
| 105a 105b 105c 105d | 18 USC 201 MGL Ch 268A 18 USC 201 MGL Ch 268A | P.J. Richfield, Inc. Check No. 1571 for $7,400.00 on or about 09/22/97 | Labor for the framing of the new residence of defendants JOSEPH and MELINDA ASSELIN |
| 106a 106b 106c 106d | 18 USC 201 MGL Ch 268A 18 USC 201 MGL Ch 268A | P.J. Richfield, Inc. Check No. 1576 for $1,338.24 on or about 10/07/97 | Fourteen storm windows installed at the residence of defendants CHRISTOPHER and MERYLINA ASSELIN |