FILED
'S OFFICE

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

2005 MAR 18 P 2: 32

U.S. DISTRICT COURT
DISTRICT MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, | )    CRIM. NO. 04-30033-MAP |
| | ) |
| vs. | ) |
| | ) |
| RAYMOND ASSELIN, SR., et al. | ) |
| | ) |
| Defendants. | ) |

## INITIAL JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this initial joint memorandum pursuant to Local Rule 116.5(A) and the Magistrate Judge's Scheduling Order as follows:

1.    The parties agree that relief should be granted from the otherwise applicable timing requirements imposed by Local Rule 116.3.  This case has been designated a complex case.

2.    Defendants Christopher Asselin, Maria Serrazina and Peter Davis have requested discovery under FRCP 16(a)(1)(G); no other defendants have requested such discovery.  The Government hereby makes a request for reciprocal discovery under FRCP 16(b)(1))(C), and defendants Christopher Asselin, Maria Serrazina and Peter Davis agree to provide reciprocal discovery under FRCP 16(b)(1)(C) by this agreement.

1

3.    At this time, the defendants have not completed their review of all of the automatic discovery.   Therefore, the parties believe that it is premature to state whether or not they expect to provide any additional discovery in the future.

4.    The parties agree that a motion date should not be set under FRCP 12(c) at this time.   Until discovery has been reviewed, the parties are not in a position to set any motion dates.   The parties anticipate filing motions.

5.    Given this case's designation as a complex case, no time will have run on the Speedy Trial Clock as of March 22nd, 2005, the date of the status conference.

6.    The parties believe at this point that a trial should be anticipated.  At this time, the Government would estimate a trial of two months.

7.    A second Interim Status Conference should be set for early June, 2005.

Filed this 1 th day of March, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

WILLIAM M. WELCH II
Assistant United States Attorney

2

For defendants Raymond and Janet
Asselin:


_____

RICHARD EGBERT, ESQ.

For defendant Arthur Sotirion:


_____

VINCENT BONGIORNI, ESQ.

For defendant Peter Davis:


_____

JAMES REHNQUIST, ESQ.

For defendant John Spano:


_____

THOMAS ROOKE, ESQ.

For defendant James Asselin:


_____

ROY ANDERSON, ESQ.

For defendant Maria Serrazina


_____

THOMAS LESSER, ESQ.

3

For defendants Joseph and Melinda
Asselin

_____

BERNARD GROSSBERG, ESQ.

For defendant Christopher Asselin:

_____

THOMAS KILEY, ESQ.

For defendant Merylina Asselin:

_____

DAVID HOOSE, ESQ.

For defendant Raymond Asselin, Jr.

_____

JOSEPH BALLERO, ESQ.
Counsel for defendant Asselin

4

CERTIFICATE OF SERVICE

Hampden,  ss.                          Springfield, Massachusetts
                                       March 18, 2005


     I, William M. Welch, Assistant U.S. Attorney, do hereby
certify that I have served a copy of the foregoing by faxing said
motion to:

Richard M. Egbert, Esq.              Vincent A. Bongiorni, Esq.
99 Summer Street                     95 State Street
Suite 1620                           Springfield, MA  01103
Boston, MA  02110

James C. Rehnquist, Esq.             Thomas Rooke, Esq.
Goodwin Proctor & Hoar               73 Chestnut Street
Exchange Place                       Springfield, MA 01103
Boston, MA 02109

Steven W. Leary, Esq.                Roy H. Anderson, Esq.
95 State Street                      Box 1420
Springfield, MA 01103                Springfield, MA  01101

Thomas Lesser, Esq.                  Bernard Grossberg, Esq.
Lesser, Newman, Souweine & Nasser    99 Summer Street
39 Main Street                       Suite 1800
Northampton, MA  01060               Boston, MA  02110

Thomas R. Kiley, Esq.                David P. Hoose, Esq.
Cosgrove, Eisenberg & Kiley          Katz, Sasson, Hoose & Turnbull
1 International Place                 1145 Main Street
Boston, MA  02110                    Springfield, MA  01103

Joseph Ballero, Esq.
99 Summer Street
Suite 1800
Boston, MA  02110


                              WILLIAM M. WELCH II
                              Assistant United States Attorney


5