UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30033-MAP |
| ) | |
| ) | |
| RAYMOND ASSELIN, SR., et al., ) | |
| Defendants ) | |

FURTHER SCHEDULING ORDER
March 22, 2005

NEIMAN, U.S.M.J.

1.   All remaining discovery request letters shall be sent and filed by June 1, 2005.  *See* LR 116.3(A) and (H).

2.   Any responses to discovery request letters shall be sent and filed within fourteen days of receipt of the discovery request letter(s) referred to in Paragraph 1 above on or before June 15, 2005, *whichever date shall first occur.*  *See* LR 116.3(A).

3.   An Interim Status Conference in accordance with LR 116.5 will be held on June 24, 2005, at 12:30 p.m. in Courtroom III.

4.   A joint memorandum addressing those items set forth in Local Rule 116.5(A)(1) through (7), with particular attention being paid to the calculations made necessary by the Speedy Trial Act, shall be filed on or before the close of business, June 22, 2005.

　　　　　　　　　　　　　　　　　　　　 /s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge