UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND ASSELIN, SR., et al.<br><br>Defendants. | Criminal No. 04-30033-MAP |

**DEFENDANT PETER DAVIS'S MOTION FOR A BILL OF PARTICULARS AND
TO COMPEL DISCOVERY**

Pursuant to Fed. R. Crim. P. 7(f) and Local Rule 116.3, defendant Peter Davis hereby moves for a bill of particulars and to obtain discovery of material information that is necessary to his defense and/or which the government intends to use in its case-in-chief, and which the government has refused to provide in any useful or meaningful manner. By this motion, Mr. Davis seeks two categories of discovery: First, he seeks a bill of particulars that identifies the contracts he bid on and any benefits he received from Springfield Housing Authority officials. Second, he seeks an order requiring the government to comply with Fed. R. Crim. P. 16 by making meaningful disclosure, as the Rule requires, of materials it intends to use in its case-in-chief at trial and that are material to the defense. The reasons for this motion are more fully set forth in the Memorandum in Support of Defendant Peter Davis's Motion for a Bill of Particulars and to Compel Discovery, and the Declaration of James C. Rehnquist submitted herewith.

WHEREFORE, defendant respectfully requests that this Court order the government to provide defendant with the requested discovery.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Mr. Davis submits that the Court's ruling on this Motion will be aided by oral argument, and accordingly requests an opportunity to present such argument to the Court.

Respectfully submitted,

PETER DAVIS

By his attorneys,

 /s/ James C. Rehnquist
James C. Rehnquist (BBO # 552602)
Kathleen Luz (BBO # 643278)
Elizabeth K. Train (BBO # 650682)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: June 30, 2005

## LOCAL RULES CERTIFICATION

I, James C. Rehnquist, hereby certify that, pursuant to Local Rules 7.1 and 116.3, counsel for defendant Peter Davis, conferred with counsel for the United States in a good-faith attempt to resolve or narrow the issues presented by this motion.

 /s/ James C. Rehnquist
James. C. Rehnquist

## CERTIFICATE OF SERVICE

I, James C. Rehnquist, counsel for defendant, hereby certify that a copy of the foregoing document has been served on counsel of record by first class mail, postage prepaid, on this 30th day of June, 2005.

 /s/ James C. Rehnquist
James C. Rehnquist

LIBA/1559156.2