UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND ASSELIN, SR., et al.<br><br>Defendants. | Criminal No. 04-30033-MAP |

### DECLARATION OF JAMES C. REHNQUIST

I, James C. Rehnquist, do depose and say under the penalties of perjury:

1. I am an attorney admitted to practice in the Commonwealth of Massachusetts. I am an attorney at the Boston, Massachusetts law firm of Goodwin Procter LLP, counsel for the defendant Peter Davis in this matter. I make this Declaration in support of Defendant Peter Davis's Motion for a Bill of Particulars and Motion to Compel Discovery.

2. Attached hereto as Exhibit 1 is a true and accurate copy of a letter from me to Assistant U.S. Attorney William M. Welch, II, dated January 5, 2005.

3. Attached hereto as Exhibit 2 is a true and accurate copy of a letter from me to Assistant U.S. Attorney William M. Welch, II, dated June 1, 2005.

4. Attached hereto as Exhibit 3 is a true and accurate copy of a letter from Assistant U.S. Attorney William M. Welch, II to me, dated June 15, 2005.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of June, 2005.

                                                 /s/ James C. Rehnquist
                                                 James. C. Rehnquist