# EXHIBIT 3



U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Fax (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

June 15, 2005

James C. Rehnquist, Esq.
Goodwin Proctor & Hoar
Exchange Place
Boston, MA 02109

    Re:  **United States v. Peter Davis, et al.**
           **CR-N-04-30033-MAP**

Dear Counsel:

    This letter shall respond to your discovery letter, dated June 1, 2005, which this office received on June 3, 2005. This office responds as follows:

1. The Government declines to provide the information requested in 1(a) through 1(e) as neither the Local Rules nor Rule 16 require production of such information. Requests 1(a) through 1(e) essentially constitute a bill of particulars. The Government declines to provide a bill of particulars because the indictment is quite specific, and the Government has provided open file discovery. See United States v. Nelson-Rodriguez, 319 F.3d 12, 30-31 (1st Cir. 2003); United States v. Sepulveda, 15 F.3d 1161, 1192-93 (1st Cir. 1993).

    Generally, any and all contracts and/or subcontracts that P.J. Richfield and/or Peter Davis received are located in the boxes labeled SHA contracts, the boxes seized from Sotirion's office, and the boxes of documents subpoenaed from P.J. Richfield, Inc., Manny's Plumbing & Heating, and G & R Associates. All of this information is available at the FBI for review.

1

    This response also answers Requests 1, 3, 4, and 5 in your letter dated January 5, 2005.

2. All of this information is available at the U.S. Attorney's Office for review.

3. The Government disagrees that Fed.R.Crim.Pro. 16(a)(1)(E) requires the Government to identify all documents or things that it intends to use in its case-in-chief. Instead, Fed.R.Crim.Pro. 16(a)(1)(E) requires the Government to make available for inspection and copying such documents and things. The Government has made available and continues to make available such documents and things. The Government does not have a preliminary exhibit list prepared or any indices and/or summaries of documents.

   This response also answers Request 2 in your letter dated January 5, 2005.

4. At this time, the Government does not anticipate calling any expert witnesses in its case-in-chief. Of course, that position may change depending upon, for example, the use of any experts by any defendant or the nature of any defenses presented by any defendant.

To the extent the Government did not do so previously, the Government hereby makes a reciprocal discovery request under Rule 16(b)(1)(A), (B), and (C). The Government further requests that the defendant acknowledge its continuing duty to disclose under Rule 16.

    Very truly yours,

    MICHAEL J. SULLIVAN
    United States Attorney

By: _____
    WILLIAM M. WELCH II
    Assistant United States Attorney

cc: all defense counsel of record

2