UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**           ) | **CRIM. NO. 04-300 -33-MAP** |
| ) | |
| vs.                                     ) | |
| ) | |
| 1. RAYMOND ASSELIN, SR.,                ) | |
| 2. ARTHUR SOTIRION,                     ) | |
| 3. PETER DAVIS,                         ) | |
| 4. JOHN SPANO,                          ) | |
| 5. PAUL BANNICK,                        ) | |
| 6. JANET ASSELIN,                       ) | |
| 7. JAMES ASSELIN,                       ) | |
| 8. RAYMOND ASSELIN, JR.                 ) | |
| 9. JOSEPH ASSELIN,                      ) | |
| 10. MELINDA ASSELIN,                    ) | |
| 11. MARIA SERRAZINA,                    ) | |
| 12. CHRISTOPHER ASSELIN, and            ) | |
| 13. MERYLINA ASSELIN,                   ) | |
| Defendants.                             ) | |

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendants Raymond Asselin, Sr. and Janet Asselin respectfully request that this Court modify the terms of their pre-trial release as follows.

Mr. and Mrs. Asselin would like to accompany their grandson on a baseball camp trip to Cooperstown, New York on August 6 – 8, 2005. Mr. and Mrs. Asselin plan to stay at the Wake Robin Cottage located at 100 Redwing Circle in Oneonta, New York. Further travel arrangements, including telephone numbers for the Wake Robin Cottage, will be provided prior to August 6, 2005.

**WHEREFORE, Mr. and Mrs. Asselin seek permission to travel to Oneonta, New York on August 6, 2005 and return to Massachusetts on August 8, 2005.**

                                        Respectfully submitted,

                                        /s/ Richard M. Egbert
                                        Richard M. Egbert (BBO No. 151800)
                                        Law Offices of Richard Egbert
                                        99 Summer Street, Suite 1800
                                        Boston, MA 02110
                                        Tel: (617) 737-8222

## **CERTIFICATE OF SERVICE**

     I, , Richard M. Egbert, do hereby certify that I have served the foregoing document on William Welch, AUSA, by first class mail, and Irma Garcia-Zingarelli at Pretrial Services, this 29th day of July, 2005

                                        /s/ Richard M. Egbert
                                        Richard M. Egbert