UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.                                    )<br>)<br>)<br>)<br>RAYMOND ASSELIN, SR., et al.,        )<br>            Defendants  ) | Criminal No. 04-30033-MAP |

FINAL STATUS REPORT
August 25, 2005

NEIMAN, U.S.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. A pretrial conference has been scheduled for October 18, 2005, at 2:00 p.m. in Courtroom I. Defendants will report at the time what dispositive motions (including motions to suppress, dismiss and sever) they intend to file.

2. But for one remaining discovery motion presently under advisement, all discovery has been completed.

3. No defendant intends to raise a defense of insanity or public authority.

4. The parties have not engaged in discussions about the early resolution of the case without a trial.

5. The Government estimates that a trial would take four months.

6. Given the case's designation as a complex case, the parties report and the court finds that no time has run on the Speedy Trial clock as of today. An Order of Excludable Delay will issue.

    7.    There are no other matters to report.

DATED: August 25, 2005

                                    /s/ Kenneth P. Neiman  
                                KENNETH P. NEIMAN  
                                U.S. Magistrate Judge