UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
\[ILLEGIBLE\] OFFICE
2005 DEC 20  P 5: 46

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 04-30033-MAP |
| | ) | |
| vs. | ) | |
| | ) | |
| RAYMOND ASSELIN, SR., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S OBJECTION TO MOTION TO EXTEND BRIEFING DEADLINE**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files its objection to the Motion to Extend Briefing Deadline as follows:

1. Some months ago, the court set the following briefing schedule:

    a. Motions to Suppress due on December 19, 2005;

    b. Response to Motion to Suppress due on February 10, 2006;

    c. Oral argument on February 15, 2006.

2. Defendants Raymond Asselin, Sr. and Christoper Asselin now seek to file their motions to suppress on January 9, 2006. The net effect of this request is that the Government's time to respond to their suppression motions has been shortened by twenty-one days.

1

3.  Absent any extension of the Government's response date by twenty-one days, the Government objects to this motion.

Filed this 20th day of December, 2005.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

                /s/ William M. Welch II
                WILLIAM M. WELCH II
                Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          December 20, 2005


   I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

Richard M. Egbert, Esq.            Vincent A. Bongiorni, Esq.
99 Summer Street                   95 State Street
Suite 1620                         Springfield, MA   01103
Boston, MA   02110

James C. Rehnquist, Esq.           Thomas Rooke, Esq.
Goodwin Proctor & Hoar             73 Chestnut Street
Exchange Place                     Springfield, MA 01103
Boston, MA 02109

Steven W. Leary, Esq.              Roy H. Anderson, Esq.
95 State Street                    Box 1420
Springfield, MA 01103              Springfield, MA   01101

Thomas Lesser, Esq.                Bernard Grossberg, Esq.
Lesser, Newman, Souweine & Nasser  99 Summer Street
39 Main Street                     Suite 1800
Northampton, MA   01060            Boston, MA   02110

Thomas R. Kiley, Esq.              David P. Hoose, Esq.
Cosgrove, Eisenberg & Kiley        Katz, Sasson, Hoose & Turnbull
1 International Place              1145 Main Street
Boston, MA   02110                 Springfield, MA   01103

Joseph Ballero, Esq.
99 Summer Street
Suite 1800
Boston, MA   02110


                                   _____
                                   WILLIAM M. WELCH II
                                   Assistant United States Attorney


3