```
                 UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**    )
                                )
       v.                       ) NO. 04-CR-30033-MAP
                                )
**RAYMOND ASSELIN, SR., ET AL.,**)
       Defendants              )

<u>SCHEDULING ORDER</u>

February 15, 2006

PONSOR, D.J.

Counsel for defendants having motions before the court appeared on February 14, 2006 for oral argument. At that time, several logistical matters relating to the trial were discussed. The purpose of this Scheduling Order is to put counsel who were not present on February 14 on notice of the matters touched on. These were as follows:

    1. Trial will commence on September 11, 2006 with jury selection. The schedule will be Mondays through Wednesdays, 9:00 a.m. to 1:00 p.m. and 2:00 p.m. to 4:00 p.m.; and Thursdays, 9:00 a.m. to 1:00 p.m. Except with reasonable notice to counsel as needed, the court will not sit on this trial on Thursday afternoons or Fridays.

    2. Counsel are encouraged to consider ordering daily copy. A contemporaneously created record has advantages for counsel during trial and, if convictions occur, will help to avoid delays in the process of appeal. If counsel wish to discuss daily

copy, they should contact the court reporter, Alice Moran, at 413-731-0086.

3. The court's thoughts with regard to possible severance of this case are contained in the memorandum issued this day ruling on three motions for severance. The clerk has been instructed to distribute this memorandum to all counsel.

4. Motions in limine will be filed no later than August 11, 2006, opposed by August 28, 2006 and heard on August 31, 2006 at 2:00 p.m.

5. Proposed voir dire questions, jury instructions and proposed juror questionnaires will be filed in accordance with the schedule set forth above. Selection of the jury may be facilitated by a short questionnaire addressing each juror's availability for a trial of the contemplated length, as well as each juror's exposure to pretrial publicity.

6. Counsel will appear again before this court for a status conference on June 8, 2006 at 2:00 p.m. At that time, the court will revisit the issue of possible severance, the physical arrangement of the courtroom, the use of the court's electronic equipment, the likely length of the trial, breaks for holidays, arrangements for the one defendant currently serving a prison sentence and other matters counsel may bring to the attention of the court.

It is So Ordered.

_____
MICHAEL A. PONSOR
United States District Judge