# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 04-300-33-MAP |
| | ) | |
| vs. | ) | |
| | ) | |
| 1. RAYMOND ASSELIN, SR., | ) | |
| 2. ARTHUR SOTIRION, | ) | |
| 3. PETER DAVIS, | ) | |
| 4. JOHN SPANO, | ) | |
| 5. PAUL BANNICK, | ) | |
| 6. JANET ASSELIN, | ) | |
| 7. JAMES ASSELIN, | ) | |
| 8. RAYMOND ASSELIN, JR. | ) | |
| 9. JOSEPH ASSELIN, | ) | |
| 10. MELINDA ASSELIN, | ) | |
| 11. MARIA SERRAZINA, | ) | |
| 12. CHRISTOPHER ASSELIN, and | ) | |
| 13. MERYLINA ASSELIN, | ) | |
| Defendants. | ) | |

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

The defendants, Raymond and Janet Asselin, in the above-entitled matter move that their conditions of release be temporarily amended so as to allow them to attend the A.M.S. Convention in Grapevine, Texas on March 16, 17, 18 and 19, 2006. As grounds therefore, the defendants state as follows:

1) The said convention is concerned with software for the practice and management of insurance agencies

2) The defendants have been members of A.M.S. for the past five years; and have attended two prior conventions.

3) The defendants will depart by air from the Commonwealth of Massachusetts on March 16, 2006 and return to their home on March 19, 2006.

4) The convention will be held at the Gaylord Texan resort in Grapevine, Texas.

Wherefore, the defendants, Raymond and Janet Asselin, respectfully request this honorable Court allow their motion to modify the conditions of their pretrial release.

                                              Respectfully submitted,
                                              Raymond & Janet Asselin, Defendants
                                              By their attorney,

                                              /s/ Richard M. Egbert
                                            Richard M. Egbert, BBO #151800
                                            Law Offices of Richard M. Egbert, P.C.
                                            99 Summer Street, Suite 1800
                                            Boston, Massachusetts 02110
                                            (617) 737-8222

Dated: 2/17/06

## CERTIFICATE OF SERVICE

I, Richard M. Egbert, hereby certify that I served the foregoing document upon William Welch, Esq., Assistant United States Attorney, Office of the United States Attorney, 1550 Main Street, Room 310, Springfield, Massachusetts 01103 by first class mail, postage prepaid, on this 17th day of February, 2006.

                                            /s/ Richard M. Egbert
                                            Richard M. Egbert, Esquire