UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 04-300 -33-MAP |
| | ) | |
| vs. | ) | |
| | ) | |
| 1.  RAYMOND ASSELIN, SR., | ) | |
| 2.  ARTHUR SOTIRION, | ) | |
| 3.  PETER DAVIS, | ) | |
| 4.  JOHN SPANO, | ) | |
| 5.  PAUL BANNICK, | ) | |
| 6.  JANET ASSELIN, | ) | |
| 7.  JAMES ASSELIN, | ) | |
| 8.  RAYMOND ASSELIN, JR. | ) | |
| 9.  JOSEPH ASSELIN, | ) | |
| 10. MELINDA ASSELIN, | ) | |
| 11. MARIA SERRAZINA, | ) | |
| 12. CHRISTOPHER ASSELIN, and | ) | |
| 13. MERYLINA ASSELIN, | ) | |
| Defendants. | ) | |

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

The defendants, Raymond and Janet Asselin, respectfully request that the conditions of their release be temporarily modified so as to allow them to take a vacation with their grandchildren from April 20 to April 23, 2006 to the Six Flags Lodge located at 89 Six Flags Drive in Queensbury, New York.  The defendants will depart by automobile from the Commonwealth of Massachusetts on April 20, 2006 and return home on April 23, 2006.  The defendants will be staying with their grandchildren at the Six Flags Lodge for the duration of the trip.  The telephone number for the Lodge is: 888-708-2684.

WHEREFORE, the defendants respectfully request that the conditions of their pretrial release be modified so as to allow travel to Queensbury, New York on April 20, 2006.

        Respectfully submitted,
        Raymond & Janet Asselin, Defendants
        By their attorney,


        _____/s/ Richard M. Egbert_____
        Richard M. Egbert, BBO #151800
        Law Offices of Richard M. Egbert, P.C.
        99 Summer Street, Suite 1800
        Boston, Massachusetts 02110
        (617) 737-8222

Dated: 04/18/06

## CERTIFICATE OF SERVICE

    I, Richard M. Egbert, hereby certify that I served the foregoing document upon William Welch, Esq., Assistant United States Attorney, Office of the United States Attorney, 1550 Main Street, Room 310, Springfield, Massachusetts 01103 by first class mail, postage prepaid, on this 18th day of April, 2006.


        _____/s/ Richard M. Egbert_____
        Richard M. Egbert, Esquire