UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  ) | CRIM. NO. 04-30033-MAP |
| ) | |
| vs.     ) | |
| ) | |
| **RAYMOND ASSELIN, SR., et al.**  ) | |
| ) | |
| **Defendants.**  ) | |

**GOVERNMENT'S FIRST REQUEST FOR RECIPROCAL DISCOVERY UNDER RULE 16**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this request for reciprocal discovery under Rule 16 and the Local Rules. All defendants have requested discovery under the Local Rules, and the Government is entitled to reciprocal discovery.

To date, the Government has received nothing. Therefore, the Government makes its first request for reciprocal discovery.

Filed this __26__ th day of May, 2006.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                                    /s/ William M. Welch II
                                WILLIAM M. WELCH II
                                Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                                        Springfield, Massachusetts
                                                    May 26, 2006

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing via electronic filing upon the following:

Richard M. Egbert, Esq.                 Vincent A. Bongiorni, Esq.
99 Summer Street                        95 State Street
Suite 1620                              Springfield, MA  01103
Boston, MA  02110

James C. Rehnquist, Esq.                Thomas Rooke, Esq.
Goodwin Proctor & Hoar                  73 Chestnut Street
Exchange Place                          Springfield, MA 01103
Boston, MA 02109

Steven W. Leary, Esq.                   Roy H. Anderson, Esq.
95 State Street                         Box 1420
Springfield, MA 01103                   Springfield, MA  01101

Thomas Lesser, Esq.                     Bernard Grossberg, Esq.
Lesser, Newman, Souweine & Nasser       99 Summer Street
39 Main Street                          Suite 1800
Northampton, MA  01060                  Boston, MA  02110

Thomas R. Kiley, Esq.                   David P. Hoose, Esq.
Cosgrove, Eisenberg & Kiley             Katz, Sasson, Hoose & Turnbull
1 International Place                   1145 Main Street
Boston, MA  02110                       Springfield, MA  01103

Joseph Ballero, Esq.
99 Summer Street
Suite 1800
Boston, MA  02110


                                           /s/ William M. Welch II
                                        WILLIAM M. WELCH II
                                        Assistant United States Attorney