# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs.                             )<br>)<br>1.  RAYMOND ASSELIN, SR.,     )<br>2.  ARTHUR SOTIRION,           )<br>3.  PETER DAVIS,                   )<br>4.  JOHN SPANO,                   )<br>5.  PAUL BANNICK,              )<br>6.  JANET ASSELIN,              )<br>7.  JAMES ASSELIN,              )<br>8.  RAYMOND ASSELIN, JR.   )<br>9.  JOSEPH ASSELIN,             )<br>10. MELINDA ASSELIN,         )<br>11. MARIA SERRAZINA,         )<br>12. CHRISTOPHER ASSELIN, and )<br>13. MERYLINA ASSELIN,        )<br>          Defendants.              ) | CRIM. NO. 04-300 -33-MAP |

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

The defendants, Raymond and Janet Asselin, respectfully request that the conditions of their release be temporarily modified so as to allow them to travel with their granddaughter as she begins her college career at Fordham University in New York. The defendants will depart by automobile from the Commonwealth of Massachusetts on August 27, 2006 and return home later that evening.  The defendants will be going to Fordham University, Rose Hill Campus, Fordham Road, Bronx, New York with their granddaughter for the day.

WHEREFORE, the defendants respectfully request that the conditions of their pretrial release be modified so as to allow travel to Bronx, New York on August 27, 2006.

        Respectfully submitted,
        Raymond & Janet Asselin, Defendants
        By their attorney,


        /s/ Richard M. Egbert
        Richard M. Egbert, BBO #151800
        Law Offices of Richard M. Egbert, P.C.
        99 Summer Street, Suite 1800
        Boston, Massachusetts 02110
        (617) 737-8222

Dated: 08/15/06

## CERTIFICATE OF SERVICE

I, Richard M. Egbert, hereby certify that I served the foregoing document upon William Welch, Esq., Assistant United States Attorney, Office of the United States Attorney, 1550 Main Street, Room 310, Springfield, Massachusetts 01103 by first class mail, postage prepaid, on this 15th day of August, 2006.


        /s/ Richard M. Egbert
        Richard M. Egbert, Esquire