

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Facsimile:      (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

September 13, 2006

**BY REGULAR MAIL**

James C. Rehnquist, Esq.
Goodwin Proctor LLP
Exchange Place
Boston, MA 02109

    Re:  United States v. Raymond Asselin, et al.
         Criminal No. 04-CR-30033-MAP

Dear Attorney Rehnquist:

    Please find enclosed copies of an additional Government Exhibit, GX 304:  Court File, <u>First National Bank of Boston v. P.J. Richfield, et al.</u>, 92-CV-0284.

    Please also find enclosed a business records certification for GX 240.

                           Very truly yours,

                           MICHAEL J. SULLIVAN
                         United States Attorney

          By:     /s/ Steven H. Breslow
                      STEVEN H. BRESLOW
                      Assistant U.S. Attorney

Encl.
✓cc: Clerk of the Court (MAP) (w/o enclosure)