

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Facsimile:       (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

September 19, 2006

**BY HAND AND BY ECF**

James C. Rehnquist, Esq.
Goodwin Proctor LLP
Exchange Place
Boston, MA 02109

    Re:   United States v. Raymond Asselin, et al.
           Criminal No. 04-CR-30033-MAP

Dear Attorney Rehnquist:

    Please find enclosed an additional business records certification for Deborah Barton, which list additional exhibits that the government intends to offer through Ms. Barton.

    If you have any questions, please do not hesitate to contact me.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                By:

                              /s/ Steven H. Breslow
                              STEVEN H. BRESLOW
                              Assistant U.S. Attorney

Encl.
cc: Clerk of the Court (MAP) (w/o enclosure)