UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | CRIM. NO. 04-300 -33-MAP |
|                                     ) | |
| vs.                                 ) | |
|                                     ) | |
| RAYMOND ASSELIN, SR.,               ) | |
| JANET ASSELIN, et al.,              ) | |
| Defendants.                         ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendants Raymond Asselin, Sr. and Janet Asselin respectfully request that this Court continue their sentencing from December 8, 2006 to February 16, 2007. As grounds therefore, the defendants state the following:

1. The defendants' sentencing is currently scheduled for December 8, 2006.

2. The defendants' sentencing involves complex issues of both fact and law.

3. Defense counsel requires additional time in order to effectively represent the defendants at sentencing and to respond to the Presentence Report.

4. Defense counsel is scheduled to begin a trial before the Honorable Richard G. Stearns on January 16, 2007. That trial is expected to last until at least February 6, 2007.

5. The United States agreed to a continuance until February 16, 2007 for sentencing.

WHEREFORE, Defendants Raymond Asselin, Sr. and Janet Asselin respectfully request that this Honorable Court continue their sentencing from December 8, 2006 until February 16, 2007.

        Respectfully submitted,
        RAYMOND ASSELIN, SR.
        JANET ASSELIN


        __/s/ Richard M. Egbert_____
        Richard M. Egbert (BBO No. 151800)
        Patricia A. DeJuneas (BBO No. 652997)
        Law Office of Richard Egbert
        99 Summer Street, Suite 1800
        Boston, MA 02110
        Tel: (617) 737.8222


## **CERTIFICATE OF SERVICE**

    I, Richard M. Egbert, hereby certify that I served the foregoing document upon William Welch, Esq., Assistant United States Attorney, Office of the United States Attorney, 1550 Main Street, Room 310, Springfield, Massachusetts 01103 by first class mail, postage prepaid, on this 20th day of November, 2006.


        _____/s/ Richard M. Egbert_____
        Richard M. Egbert, Esquire