| | |
|---|---|
| **UNITED STATES OF AMERICA,**         ) | CRIM. NO. 04-300 -33-MAP |
|                                                                    ) | |
|         vs.                                                     ) | |
|                                                                    ) | |
| **1.  RAYMOND ASSELIN, SR.,**         ) | |
| **2.  ARTHUR SOTIRION,**                 ) | |
| **3.  PETER DAVIS,**                          ) | |
| **4.  JOHN SPANO,**                          ) | |
| **5.  PAUL BANNICK,**                     ) | |
| **6.  JANET ASSELIN,**                     ) | |
| **7.  JAMES ASSELIN,**                    ) | |
| **8.  RAYMOND ASSELIN, JR.**        ) | |
| **9.  JOSEPH ASSELIN,**                  ) | |
| **10. MELINDA ASSELIN,**               ) | |
| **11. MARIA SERRAZINA,**              ) | |
| **12. CHRISTOPHER ASSELIN, and** ) | |
| **13. MERYLINA ASSELIN,**             ) | |
|           **Defendants.**                        ) | |

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant Raymond Asselin, Jr. recently received notice that he is to report to the Federal Correctional Institution ("FCI") in Otisville, NY on Friday, January 5, 2007. The defendants, Raymond and Janet Asselin, respectfully request that the conditions of their release be temporarily modified so as to allow them to take their son to FCI Otisville on Friday, January 5, 2007.

WHEREFORE, the defendants respectfully request that the conditions of their pretrial release be modified so as to allow travel to Otisville, New York on January 5, 2007.

                                                    Respectfully submitted,
                                                    Raymond & Janet Asselin, Defendants
                                                    By their attorney,

                                                      /s/ Richard M. Egbert
                                                  Richard M. Egbert, BBO #151800
                                                  Law Offices of Richard M. Egbert, P.C.
                                                  99 Summer Street, Suite 1800
                                                  Boston, Massachusetts 02110
                                                  (617) 737-8222

Dated: 01/03/07

**CERTIFICATE OF SERVICE**

      I, Richard M. Egbert, hereby certify that I served the foregoing document upon William Welch, Esq., Assistant United States Attorney, Office of the United States Attorney, 1550 Main Street, Room 310, Springfield, Massachusetts 01103 by first class mail, postage prepaid, on this 3rd day of January, 2007.

                                            /s/ Richard M. Egbert
                                        Richard M. Egbert, Esquire