```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )    Criminal No. 04-30033-MAP
                              )
RAYMOND B. ASSELIN, et al.,   )
          Defendants.         )
```

### ASSENTED-TO MOTION FOR
### PRELIMINARY ORDER OF FORFEITURE

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Preliminary Order of Forfeiture in the above-captioned case pursuant to 18 U.S.C. § 1963, 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1). A proposed Preliminary Order is submitted herewith. In support thereof, the United States sets forth the following:

1. On January 11, 2005, a federal grand jury sitting in the District of Massachusetts returned a one hundred and twenty-two-count Superseding Indictment charging Raymond B. Asselin, Janet K. Asselin, and others with the following violations, <u>inter alia</u>: Racketeering, in violation of 18 U.S.C. § 1962(c) (Count One); Conspiracy to Commit Racketeering, in violation of 18 U.S.C. § 1962(d) (Count Two); Conspiracy to Commit Theft Against the Government, in violation of 18 U.S.C. §§ 371 and 641 (Count Eighty-Five); and Filing False Income Tax Returns, in violation of 26 U.S.C. § 7206(1) (Count One Hundred and Nine).

2.  The Superseding Indictment also included forfeiture allegations, giving the defendants notice that the United States sought forfeiture pursuant to 18 U.S.C. § 1963(a) as to those defendants convicted of the racketeering charges in Counts One and Two, and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) as to those defendants convicted of the theft charge in Count Eighty-Five.  The following assets were named as either directly forfeitable to the United States pursuant to 18 U.S.C. § 1963(a), or as substitute assets subject to forfeiture pursuant to 18 U.S.C. § 1963(m) and 21 U.S.C. § 853(p), incorporated by reference in 28 U.S.C. § 2461(c):

    a.    one 2002 BMW 325CiC, VIN WBABS3344JY59363 ("the BMW");

    b.    one twenty-three foot Chaparral 235SSi boat ("the Boat"); and

    c.    the real property located at 56 Stage Island Road, Chatham, Massachusetts, being the same premises as described in a deed recorded in the Barnstable County Land Court in Certificate of Title 160,210 (the "Real Property").

3.  On August 29, 2006, defendant Raymond B. Asselin plead guilty to Counts One, Two and One Hundred and Nine of the Superseding Indictment, and defendant Janet K. Asselin plead guilty to Counts Eighty-Five and One Hundred and Nine of the Superseding Indictment.

4.  Defendants Raymond B. Asselin and Janet K. Asselin admit that the BMW and the Boat are subject to forfeiture

pursuant to 18 U.S.C. § 1963(a) as they constitute, or are derived from, proceeds of defendant Raymond B. Asselin's unlawful racketeering activity charged in Counts One and Two of the Superseding Indictment.

5.  Defendants Raymond B. Asselin and Janet K. Asselin acknowledge and agree that certain assets forfeitable pursuant to 18 U.S.C. §§ 1963(a) and 981(a)(1)(C), and 28 U.S.C. § 2461(c) cannot be located upon exercise of due diligence, or have been transferred or sold to, or deposited with, a third party, placed beyond the jurisdiction of the Court, substantially diminished in value, or commingled with other property which cannot be divided without difficulty.  Accordingly, the United States is entitled to forfeit the Real Property as a substitute asset pursuant to 18 U.S.C. § 1963(m) and 21 U.S.C. § 853(p), incorporated by reference in 28 U.S.C. § 2461(c)

6.  Based upon the Defendants' guilty pleas and admissions, the United States has established the requisite nexus between the BMW and the Boat, and the offenses to which the Defendants have pleaded guilty.  Accordingly, the BMW and the Boat are subject to forfeiture to the United States pursuant to 18 U.S.C. § 1963, 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

7.  As a result of the Defendants' guilty pleas, and pursuant to 18 U.S.C. § 1963, 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States is now entitled to a Preliminary

Order of Forfeiture against the BMW, the Boat, and the Real Property. See Rule 32.2(b)(2); 21 U.S.C. § 853(p); United States v. Candelaria-Silva, 166 F.3d 19, 41 (1st Cir. 1999).

8. Upon the issuance of a Preliminary Order of Forfeiture, the United States will provide written notice to all third parties asserting a legal interest in the Property and will publish notice in a newspaper of general circulation of the Court's Order and of the Unites States' intent to dispose of the Property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 1963(l) and 21 U.S.C. § 853(n), as incorporated by reference in 28 U.S.C. § 2461(c).

9. Richard M. Egbert, counsel for defendants Raymond B. Asselin, Sr. and Janet K. Asselin assent to this Motion.

WHEREFORE, the United States requests that this Court:

(a) enter the Preliminary Order of Forfeiture in the form submitted herewith;

(b) include the forfeiture, as set forth in the Preliminary Order of Forfeiture, in the oral pronouncement of the defendants' sentence; and

(c) incorporate the Preliminary Order of Forfeiture in the criminal judgment entered against the defendants, pursuant to Federal Rule of Criminal Procedure 32.2(b)(3).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney,

/s/ Kristina E. Barclay
STEVE BRESLOW
KRISTINA E. BARCLAY
Assistant U.S. Attorneys
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

Date: February 14, 2007           (617) 748-3100

## CERTIFICATE OF SERVICE

    I, Kristina E. Barclay, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kristina E. Barclay
Kristina E. Barclay
Assistant U.S. Attorney

Dated: February 14, 2007

5