UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-N-04-30033-MAP |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RAYMOND ASSELIN, SR., ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S SENTENCING MEMORANDUM FOR**
**DEFENDANT RAYMOND ASSELIN, SR.**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Steven H. Breslow, Assistant United States Attorney, hereby files the Government's Response to Defendant Raymond Asselin's Objection to Government's Sentencing Memorandum (the "Objection") (Docket No. 415).

In the Government's Sentencing Memorandum, the government argued that the defendant's pervasive, systemic corruption warranted a two-level upward departure to an advisory guideline range of 135-168 months or, in the alternative, a sentence at the high end of the advisory guideline range of 108-135 months. In the Objection, defendant objects to the requested upward departure for a variety of reasons.

The Government now withdraws its request for an upward departure, and respectfully submits that the defendant's pervasive, systemic corruption warrants a sentence of 135 months, the high end

1

of the guidelines range as calculated by the revised Presentence Investigation Report.

Filed this 27th day of February, 2007.

                                 Respectfully submitted,

                                 MICHAEL J. SULLIVAN
                               United States Attorney

                                /s/ Steven H. Breslow
                               STEVEN H. BRESLOW
                               Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

Hampden, ss.                               Springfield, Massachusetts
                                           February 27, 2007

    I, Steven H. Breslow, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by electronically filing said motion to:

Richard Egbert, Esq.
99 Summer Street
Boston, MA 02110
Counsel for defendant Raymond Asselin, Sr.


                                            <u>/s/ Steven H. Breslow</u>
                                            STEVEN H. BRESLOW
                                            Assistant United States Attorney