# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 04-300 -33-MAP |
| ) | |
| vs. ) | |
| ) | |
| 1.  RAYMOND ASSELIN, SR., ) | |
| 2.  ARTHUR SOTIRION, ) | |
| 3.  PETER DAVIS, ) | |
| 4.  JOHN SPANO, ) | |
| 5.  PAUL BANNICK, ) | |
| 6.  JANET ASSELIN, ) | |
| 7.  JAMES ASSELIN, ) | |
| 8.  RAYMOND ASSELIN, JR. ) | |
| 9.  JOSEPH ASSELIN, ) | |
| 10. MELINDA ASSELIN, ) | |
| 11. MARIA SERRAZINA, ) | |
| 12. CHRISTOPHER ASSELIN, and ) | |
| 13. MERYLINA ASSELIN, ) | |
|       Defendants. ) | |

## MOTION TO EXTEND TIME FOR SELF-REPORTING

Now comes the defendant, Raymond Asselin, Sr., and respectfully requests this honorable Court extend the time for self-reporting for thirty (30) days from March 30, 2007. As grounds therefore, the defendant states the following:

1. On March 26, 2007, Mr. Asselin received a voicemail from Dan Spellacy of the United States Marshals Service informing him that the Bureau of Prisons would not have a designation for Mr. Asselin on or before March 30, 2007, Mr. Asselin's self-surrender date.

2. Mr. Spellacy informed Mr. Asselin that it may be weeks before a designation is completed and that Mr. Asselin should have his attorney seek an extension from the court for thirty (30) days.

3. Mr. Asselin has abided by all the conditions of release and does not pose a risk of flight, nor is he a danger to the community.

WHEREFORE, the defendant respectfully requests that this Court extend his time for self-reporting for thirty (30) days from March 30, 2007.

Respectfully submitted,
Defendant, Raymond Asselin, Sr.,
By his attorney


/s/ Richard M. Egbert
Richard M. Egbert, Esq. BBO: 151800
Law Office of Richard M. Egbert, P.C.
99 Summer Street, Suite 1800
Boston, Massachusetts 02110
(617) 737-8222


**CERTIFICATE OF SERVICE**

I, Richard M. Egbert, hereby certify that I served the foregoing document upon William Welch, Esq., Assistant United States Attorney, Office of the United States Attorney, 1550 Main Street, Room 310, Springfield, Massachusetts 01103 by first class mail, postage prepaid, on this 26th day of March, 2007.


/s/ Richard M. Egbert
Richard M. Egbert, Esq.