UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 3:04CR30033-001-MAP |
| RAYMOND ASSELIN, SR. | ) | |
| Defendant, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| SPRINGFIELD RETIREMENT SYSTEM | ) | |
| Garnishee. | ) | |

WRIT OF GARNISHMENT

GREETINGS TO:   SPRINGFIELD RETIREMENT SYSTEM
Attn: Alfredo A.ViVenzio, Esq.
70 Tapley Street
Springfield, MA 01104

An application for a Writ of Garnishment against the property of the defendant, Raymond Asselin (hereinafter "Asselin"), has been filed with this Court. A Judgment has been entered against the above-named defendant in the amount of $75,000.00, plus costs and interest.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by the debtor, including non-exempt, disposable earnings.

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the Clerk of the United States District at:1 Courthouse Way, Suite 2300, Boston, MA 02210. Additionally, you are required by law to serve a copy of this writ upon the defendant at: Raymond Asselin Sr., C/O Richard M. Egbert, Esq., 99 Summer Street, Suite1800, Boston, MA 02210 located in Boston, MA; and upon the United States Attorney's Office,

Financial Litigation Unit, One Courthouse Way, Suite 9200, Boston, MA 02210.

Under the law, there is property which is exempt from this writ of Garnishment. Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this writ.

                SARAH A. THORNTON
                Clerk, United States District Court

By: _____

       Deputy Clerk

DATED: