UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND ASSELIN, SR. | ) | 3:04CR30033-001-MAP |
| | ) | |
| Defendant, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| SPRINGFIELD RETIREMENT SYSTEM | ) | |
| | ) | |
| Garnishee. | ) | |

<u>CERTIFICATION OF SERVICE OF DOCUMENTS</u>

      The Plaintiff, United States of America, certifies that on the date set forth below the

Defendant, Raymond Asselin, whose last known address is in Springfield, MA was served  by

certified mail the following documents:

1.      Copy of Application for Writ of Continuing Garnishment.

2.      Copy of Writ of Continuing Garnishment with attached Claim of Exemptions Form.

3.      Clerk's Notice of Garnishment.

4.      Notice of Garnishment and Instructions.

5.      Request for Hearing

The United States of America further certifies that on the date set forth below, the

Garnishee, Springfield Retirement System, located in Springfield, MA, was served by certified

mail the following documents:

1.      Copy of Application For Writ of Continuing Garnishment.

2.      Writ of Continuing Garnishment with attached Claim of Exemptions Form.

3.      Answer of the Garnishee and accompanying instructions.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

              By:     /s/  Christopher R. Donato
                          CHRISTOPHER R. DONATO
                          Assistant U.S. Attorney
                          1 Courthouse Way, Suite 9200
                          Boston, MA  02210
                          (617) 748-3303

Date: May 22, 2007