UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 04-30033-MAP |
| ) | |
| RAYMOND B. ASSELIN, et al., ) | |
| Defendants.  ) | |

**MOTION FOR FINAL ORDER OF FORFEITURE**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Final Order of Forfeiture in the above-captioned case pursuant to 18 U.S.C. § 1963, 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 18 U.S.C. §§ 982(a)(1).  A proposed Final Order of Forfeiture is submitted herewith.  In support thereof, the United States sets forth the following:

1.   On January 11, 2005, a federal grand jury sitting in the District of Massachusetts returned a one hundred and twenty-two-count Superseding Indictment charging Raymond B. Asselin and Janet K. Asselin, and others with the following violations, inter alia: Racketeering, in violation of 18 U.S.C. § 1962(c) (Count One); Conspiracy to Commit Racketeering, in violation of 18 U.S.C. § 1962(d), (Count Two);  Conspiracy to Commit Theft Against the Government, in violation of 18 U.S.C. §§ 371 and 641 (Count Eighty-five); and Filing False Income Tax Returns, in violation of 26 U.S.C. § 7206(1) (Count One hundred and nine).

2.  The Superseding Indictment also included forfeiture allegations giving the defendants notice that the United States sought forfeiture pursuant to 18 U.S.C. § 1963(a) as to those defendants convicted of the racketeering charges in Counts One and Two, and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) as to those defendants convicted of the theft charge in Count Eighty-Five.  The following assets were named as either directly forfeitable to the United States pursuant to 18 U.S.C. § 1963(a), or as substitute assets subject to forfeiture pursuant to 18 U.S.C. § 1963(m) and 21 U.S.C. § 853(p), incorporated by reference in 28 U.S.C. § 2461(c):

> one 2002 BMW 325CiC, VIN WBABS3344JY59363 (the "BMW");
>
> one twenty-three foot Chaparral 235SSi boat (the "Boat"); and
>
> the real property located at 56 Stage Island Road, Chatham, Massachusetts, being the same premises as described in a deed recorded in the Barnstable County Land Court in Certificate of Title 160,210 (the "Real Property").

3.  On August 29, 2006, defendant Raymond B. Asselin plead guilty to Counts One, Two and One Hundred and Nine of the Superseding Indictment, and defendant Janet K. Asselin plead guilty to Counts Eight-Five and One Hundred and Nine of the Superseding Indictment.

4.  On February 15, 2007, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendants' interest in the

BMW, the Boat and the Real Property. <u>See</u> Docket No. 407.

5. Notice of the Preliminary Order of Forfeiture was sent to all interested parties, and published in the <u>Boston Herald</u> on March 8, 2007, March 15, 2007 and March 22, 2007.

6. No claims of interest in the BMW, the Boat or the Real Property have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so expired on April 23, 2007.

WHEREFORE, the United States respectfully moves that this Court enter a Final Order of Forfeiture against the BMW, the Boat and the Real Property in the form submitted herewith.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney,

                                      <u>/s/ Kristina E. Barclay</u>
                                      STEVEN H. BRESLOW
                                      KRISTINA E. BARCLAY
                                      Assistant U.S. Attorneys
                                      United States Courthouse
                                      Suite 9200
                                      1 Courthouse Way
                                      Boston, MA 02210
Date: May 25, 2007                    (617) 748-3100

**CERTIFICATE OF SERVICE**

    I, Kristina E. Barclay, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                    /s/ Kristina E. Barclay
                                                    Kristina E. Barclay
                                                    Assistant U.S. Attorney

Dated: May 25, 2007