```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )    Criminal No. 04-30033-MAP
                              )
RAYMOND B. ASSELIN, et al.,   )
          Defendants.         )
```

## FINAL ORDER OF FORFEITURE

**PONSOR, D.J.**

    WHEREAS, on January 11, 2005, a federal grand jury sitting in the District of Massachusetts returned a one hundred and twenty-two-count Superseding Indictment charging Raymond B. Asselin and Janet K. Asselin, and others with the following violations, <u>inter</u> <u>alia</u>: Racketeering, in violation of 18 U.S.C. § 1962(c) (Count One); Conspiracy to Commit Racketeering, in violation of 18 U.S.C. § 1962(d), (Count Two); Conspiracy to Commit Theft Against the Government, in violation of 18 U.S.C. §§ 371 and 641 (Count Eighty-five); and Filing False Income Tax Returns, in violation of 26 U.S.C. § 7206(1) (Count One Hundred and Nine);

    WHEREAS, the Superseding Indictment also included forfeiture allegations giving the defendants notice that the United States sought forfeiture pursuant to 18 U.S.C. § 1963(a) as to those defendants convicted of the racketeering charges in Counts One and Two, and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) as to those defendants convicted of the theft charge in Count Eighty-Five;

WHEREAS, the following assets were named as either directly forfeitable to the United States pursuant to 18 U.S.C. § 1963(a), or as substitute assets subject to forfeiture pursuant to 18 U.S.C. § 1963(m) and 21 U.S.C. § 853(p), incorporated by reference in 28 U.S.C. § 2461(c):

> one 2002 BMW 325CiC, VIN WBABS3344JY59363 (the "BMW");
>
> one twenty-three foot Chaparral 235SSi boat (the "Boat"); and
>
> the real property located at 56 Stage Island Road, Chatham, Massachusetts, being the same premises as described in a deed recorded in the Barnstable County Land Court in Certificate of Title 160,210 (the "Real Property");

WHEREAS, on August 29, 2006, defendant Raymond B. Asselin plead guilty to Counts One, Two and One Hundred and Nine of the Superseding Indictment, and defendant Janet K. Asselin plead guilty to Counts Eight-Five and One Hundred and Nine of the Superseding Indictment;

WHEREAS, on February 15, 2007, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendants' interest in the BMW, the Boat and the Real Property;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties, and published in the Boston Herald on March 8, 2007, March 15, 2007 and March 22, 2007;

WHEREAS, no claims of interest in the BMW, the Boat or the Real Property have been filed with the Court or served on the

United States Attorney's Office, and the time within which to do so expired on April 23, 2007.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The United States' Motion for Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title, or interest in the BMW, the Boat the Real Property, and the BMW, the Boat and the Real Property are hereby forfeited to the United States of America pursuant to the provisions of 18 U.S.C. § 981.

3. Any parties having any right, title or interest in the BMW, the Boat and the Real Property are hereby held in default.

4. The United States is hereby authorized to dispose of the BMW, the Boat and the Real Property in accordance with applicable law.

5. This Court shall retain jurisdiction to enforce this order and to amend it as necessary, pursuant to Rule 32.2(c) of the Federal Rules of Criminal Procedure.

DONE AND ORDERED in Boston, Massachusetts, this ___ day of _____, 2007.

                                                 _____
                                                 MICHAEL A. PONSOR
                                                 United States District Judge