UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>               Plaintiff, )<br>                       )<br>        v.                )<br>                       )<br>RAYMOND ASSELIN, SR.  )<br>            Defendant, )<br>                       )<br>        *and*            )<br>                       )<br>SPRINGFIELD RETIREMENT SYSTEM  )<br>            Garnishee. )  | 2007 MAY 25  A 11: 28<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS.<br><br>3:04CR30033-001-MAP |

### ANSWER OF THE GARNISHEE

<u>Colleen M. Trahan</u>, BEING DULY SWORN DEPOSES AND SAYS:
   (Affiant)


IF GARNISHEE IS ~~AN INDIVIDUAL~~: A Governmental Unit of the Commonwealth
                                            of Massachusetts
That he/she is Garnishee herein doing business in the name

of <u>Springfield Retirement System, 70 Tapley St., Springfield, MA 01104</u>.
    (State full name and address of business)


IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member of _____, a partnership which Garnishee is a partner.


IF GARNISHEE IS A CORPORATION:

    That he/she is the _____ (Official Title) of Garnishee, _____

a corporation, organized under the laws of the State of _____.

On _____, 200\_, Garnishee was served with the Writ of Garnishment.

    1.    The Garnishee has custody, control or possession of the following property (non-earnings), in which the defendant maintains an interest, as described below:

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | Retirement Contributions | * | |
| 2. | Accumulated Interest | * | |
| 3. | | | |
| 4. | | | |

\* See Exhibit "A" attached herewith

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| | Amount | Estimate date or Period Due |
|---|---|---|
| 1. | $ | |
| 2. | $ | |
| 3. | $ | |
| 4. | $ | |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

\_\_    The Garnishee makes the following claim of exemption on the part of Defendant: _____.

\_\_    The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

---

The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to:

(1) Raymond Asselin, Sr.
C/O Richard M. Egbert, Esq.
99 Summer Street, Suite 1800
Boston, MA 02210

(2) Raymond Asselin, Sr. BOP # 90813-038
FMC Devens
Satelite Camp
P.O. Box 879
Devens, MA 01434

and

(3) Christopher R. Donato
Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210.

<u>Springfield Retirement System</u>
Garnishee
Colleen M. Trahan, Administrator

Subscribed and sworn to before me this 24 day of May, 2007.

_Nancy L. Long_
Notary Public

My Commission expires:

Commission Expires Nov. 5, 2010