MAY.23.2007 11:48AM    SPRING RETIRMT SVCS                                                  NO.517   P. 2/2

# "EXHIBIT" "A"

**SPRINGFIELD RETIREMENT SYSTEM**
70 TAPLEY STREET
SPRINGFIELD MA 01104

**ATTENTION:** ATTORNEY ALFREDO VIVENZIO

**ACCOUNT BALANCE OF RAYMOND B. ASSELIN**

| | |
|---|---|
| TOTAL CONTRIBUTIONS | |
| NON-TAXABLE | $32,115.78 |
| TAXABLE | $66,627.80 |
| TOTAL INTEREST ACCUMULATED THRU MARCH 31, 2005 2 YEAR RULE | $64,357.01 |
| TOTAL AVAILABLE ACCOUNT INFORMATION | $163,100.59 |

MAY 23 2007
SPFLD. RETIREMENT SYSTEM

05/23/2007  02:15  4137318603                    SCIBELLI&VIVENZIO,PC                    PAGE 06/06