UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>　　　　Plaintiff,    )<br>　　　　　　　　　　　　　　　)<br>　　v.    )<br>　　　　　　　　　　　　　　　)<br>RAYMOND ASSELIN, SR.    )<br>　　　　Defendant,    )<br>　　　　　　　　　　　　　　　)<br>　　*and*    )<br>　　　　　　　　　　　　　　　)<br>SPRINGFIELD RETIREMENT SYSTEM  )<br>　　　　Garnishee.    ) | 3:04CR30033-001-MAP |

## MOTION FOR PROPOSED ORDER OF GARNISHMENT

Pursuant to 28 U.S.C. § 3205, the United States of America (hereinafter "United States"), through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Christopher R. Donato, hereby requests this Court enter an Order of garnishment against the Defendant, Raymond Asselin, Sr., upon the Garnishee, Springfield Retirement System.

In support, of its motion the United States says:

1. On March 5, 2007, the United States District Court for the District of Massachusetts entered a judgment against the defendant consisting of a $300.00 assessment, $75,000.00 fine and restitution "agreed upon (forfeiture)" plus accruing interest.

2. On May 2, 2007, pursuant to 28 U.S.C. § 3205(b), the United States electronically filed an Application for Writ of Garnishment.

3. On May 21, 2007, this Court signed and approved the Writ of Garnishment.

4. On May 25, 2007, pursuant to 28 U.S.C. § 3205(c)(4), the Garnishee filed an

      Answer with the District Court stating that it had $163,100.59 in it's possession of the defendant's funds.

5.     As of the date of this filing, the debt remains unpaid and is outstanding.

After the Garnishee filed its answer, the Defendant did not request a hearing within the required time period as set forth in 28 U.S.C. § 3205(c)(7). Therefore, the United States respectfully request this Court entered an Order for garnishment so that the United States can apply the funds held by the Garnishee towards the Defendant's restitution debt.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

By:   /s/ Christopher R. Donato
      CHRISTOPHER R. DONATO
      Assistant U.S. Attorney
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3303

Date: June 20, 2007

## CERTIFICATE OF SERVICE

Boston, s.s.                                                                            Boston, MA

I hereby certify that on the 20th day of June 2007, this document was filed through the ECF system and sent to Raymond Asselin, C/O Richard M. Egbert, Esq. in Boston, MA and Springfield Retirement System, C/O Alfred A. Vivenzio, Esq. in Springfield, MA, electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

                                              /s/ Christopher R. Donato
                                              CHRISTOPHER R. DONATO
                                              Assistant U.S. Attorney