UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 3:04CR30033-001-MAP |
| RAYMOND ASSELIN, SR. | ) | |
| Defendant, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| SPRINGFIELD RETIREMENT SYSTEM | ) | |
| Garnishee. | ) | |

## **ORDER**

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Springfield Retirement System, is to disburse all funds, including but not limited to $163,100.59, to the Clerk of Court, c/o United States District Court, One Courthouse Way, Suite 2300, Boston, MA 02210;  Re: Raymond Asselin, Sr., Court No. 3:04CR30033-001-MAP.


APPROVED:                                                          SO ORDERED:


_____                    _____
UNITED STATES DISTRICT JUDGE                     DEPUTY CLERK
                                                                           UNITED STATES DISTRICT COURT


DATED: