UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATE OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:04CR30033-001-MAP |
| ) | |
| RAYMOND ASSELIN, SR., ) | |
| Defendant. ) | |

**UNITED STATES' MOTION TO DECLARE FORFEITURE OF $290,650.00
SEIZED FROM DEFENDANT UPON ARREST**

Pursuant to 18 U.S.C. § 3664 (m)(1)(A)(i)and(ii)and 18 U.S.C. § 3572(d)(1), the United States of America requests this court to forfeit the money the Federal Bureau of Investigation seized from the defendant, Raymond Asselin, Sr. (hereinafter "Asselin"), in the amount of $290,650.00.

In support, the United States says:

1.  On July 9, 2004, a criminal complaint was filed in the District of Massachusetts naming Raymond Asselin, Sr. ("Asselin"). The defendant was arrested on July 12, 2004. The defendant was charged with multiple counts including conspiracy to commit federal bribery and receipt of illegal gratuities, federal bribery and receipt of illegal gratuities, conspiracy to commit theft against the government, conspiracy to commit mail fraud, mail fraud, and wire fraud. Specifically, count one hundred forty two states that the property subject to forfeiture includes, but is not limited to, at least $5,000,000.00. This property includes, but is not limited to,

the following:

a. G & R Associates, Inc. Checks as identified in Racketeering Acts 1a/1b through 75a/75b:

b. Manny's Plumbing & Heating, Inc. Payments, checks and free labor and materials as identified in Racketeering Acts 76a/76b through 100a/100b;

c. P.J. Richfield, Inc. checks as identified in Racketeering Acts 101a/101b/101c/101d through 113a/113b/113c/113d;

d. Valley Floor Covering, Inc. free labor and materials as identified in Racketeering Acts 114a/114b/114c/114d through 121a/121b/121c/121d;

e. Cash payments and free gifts by Paul Bannick as identified in Racketeering Acts 122a/122b/122c/122d through 133a/133b/133c/133d;

f. Oak Pond Farms, Inc. checks, a personal check, and Fleet Bank Cashier's Check Nos. 20794638 and 2079564 for $14,000.00 from William Pappas as identified in Racketeering Acts 134a/134b through 138a/138b;

g. M & D Remodeling checks as identified in Racketeering Acts 139a/139b through 143a/143b;

h. Cash payments at least once a month and checks from The Ware Group and Hilltop Construction, Inc. As identified in Racketeering Acts 144a/144b through 150a/150b;

i. Cash payments from a salesman for a window company as identified in Racketeering Acts 151a/151b through 153a/153b;

j. Free labor and materials from a local electrical contractor as identified in Racketeering Acts 154 through 157;

  k.  Checks from a local printing company as identified in Racketeering Acts 158 through 161;

  l.  Property obtained by fraud from the Springfield Housing Authority, including, but not limited to employee time and Springfield Housing Authority's property right to honest services, as referenced in Racketeering Acts 162 through 240;

  m.  The value of Springfield Housing Authority's property right to the honest services of its employees, including, but not limited, to the value of wages of its Executive Director and its Assistant Executive Director of Maintenance from at least 1988 through April, 2003;

  n.  real property and buildings located at 518 Old Farm Road, Amherst, MA;

  o.  $240,000.00 in cash located in a briefcase seized from 140 Sallie Circle, Ludlow, MA;

  p.  $47,0000.00 in cash removed from the briefcase found at 140 Sallie Circle, Ludlow, MA;

  q.  $3,650.00 in cash seized from 115 Mayfair Avenue, Springfield, MA;

  r.  2002 BMW 325CiC, VIN WBABS3344JY59363; and,

  s.  twenty-three foot Chaparral 235SSi boat.

2. Upon arrest, a Government search of real property located at 140 Sallie Circle, Ludlow, MA recovered $240,000.00 located in a brief case as evidence. The FBI now holds this money in their evidence room.

3. Upon arrest, a Government search of real property located in 140 Sallie Circle, Ludlow, MA recovered $47,000.00 in cash removed from a brief case. The FBI now holds this

money in their evidence room.

4. Upon arrest, a Government search of real property located at 115 Mayfair Avenue, Springfield, MA recovered $3,650.00 as evidence. The FBI now holds this money in their evidence room.

5. The total amount of money recovered as a result of the Government's searches is $290,650.00. Currently, the money is being held by the FBI.

6. On March 5, 2007, Asselin appeared in the United States District Court at Boston before the Honorable Michael A. Ponsor, US District Judge, and plead guilty. The court accepted the plea and ultimately sentenced the defendant to, <u>inter alia</u>, pay $300.00 special assessment, $75,000.00 fine and $2,500,000.00 in restitution as agreed upon (Property forfeited) to his victim(s).

7. Now the United States seeks to have all of the funds held by the Federal Bureau of Investigations given to the victim of Asselin's crimes.

WHEREFORE, the United States of America requests this Court to forfeit the monies held by the Federal Bureau of Investigation for Asselin, pursuant to 18 U.S.C. § 3664 (m) (1) (A) (i) and (ii) and 18 U.S.C. § 3572 (d) (1), in the sum of $290,650.00, and turn over these funds to the Clerk, United States District Court, for disbursal to the victim(s) to whom restitution is owed.

              Respectfully submitted,

                                      Michael J. Sullivan
                                      United States Attorney

                                      By:

                                      /s/Christoher R. Donato
                                      Christopher R. Donato
                                      Assistant U.S. Attorney
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA 02210
Dated: June 20, 2007                      (617) 748-3308

## CERTIFICATE OF SERVICE

     I hereby certify that on this day a true copy of this Motion, Memorandum of Law in support, and proposed Order were served by first-class mail, postage pre-paid, upon Raymond Asselin, Sr., C/O Richard M. Egbert, Esq., 99 Summer Street Suite 1800, Boston, Massachusetts 02110.

                                      /s/ Christopher R. Donato
                                      Christopher R. Donato
                                      Assistant U.S. Attorney

Dated: June 20, 2007