UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )  | |
| v.              ) | Criminal No. 3:04CR30033-001-MAP |
| ) | |
| RAYMOND ASSELIN, SR.,    ) | |
| Defendant.       ) | |

**MEMORANDUM OF LAW IN SUPPORT OF UNITED STATES' MOTION TO DECLARE FORFEITURE OF $290,650.00**

Pursuant to 18 U.S.C. § 3664 (m) (1) (A) (i) and 18 U.S.C. § 3572(d) (1), the United States of America moves this Court to order $290,650.00 seized from searches conducted at real property located at 140 Sallie Circle, Ludlow, Massachusetts and 115 Mayfair Avenue, Springfield, Massachusetts (hereinafter "Asselin") at the time of arrest to be applied toward partial satisfaction of the Court's $2,500,000.00 criminal restitution order.

Asselin, following his plea agreement as charged in the indictment, was sentenced by the Court, inter alia, to pay a $300.00 assessment, $75,000.00 fine and restitution in the amount of $2,500,000.00 agreed upon (property forfeited).

Federal Statute 18 U.S.C. § 3664 (m) (1) (i) and (ii) provides that "an order of restitution may be enforced by the United States in the manner provided for in sub-chapter C of Chapter 227 and sub-chapter B of Chapter 229 of this title; or (ii) by all other available and reasonable means." In addition, 18 U.S.C. § 3572 (d)(1) provides that "a person sentenced to pay a fine or other monetary penalty shall make such payment immediately, unless in the interest of justice, the Court provides for payment on a date certain or in installments."

The sum of $290,650.00, which is the subject of this motion, was seized as evidence from

the real property located at 140 Sallie Circle, Ludlow, Massachusetts and 115 Mayfair Avenue, Springfield, Massachusetts by the Federal Bureau of Investigations, and therefore subject to payment to the United States in satisfaction of the defendant's outstanding restitution obligations.

For the following reasons, Plaintiff United States of America, respectfully requests this Court to order the $290,650.00 seized from 140 Sallie Circle, Ludlow, Massachusetts and 115 Mayfair Avenue, Springfield, Massachusetts to be applied to partially satisfy the $2,500,000.00 criminal restitution order.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ Christopher R. Donato
Christopher R. Donato
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3308

Dated: June 20, 2007