UNITED STATES OF AMERICA
DISTRICT OF AMERICA


UNITED STATES OF AMERICA,      )
                             )
         V.                    )       3:04CR30033-001-MAP
                             )
RAYMOND ASSELIN, SR.,         )
        Defendant.         )

## ORDER

Pursuant to 18 U.S.C. § 3664 (m)(1)(A)(i) and (ii) and 18 U.S.C. § 3572(d)(1), and inherent powers of this Court, it is ordered that the monies held by the Federal Bureau of Investigation in the sum of $290,650.00 seized from 140 Sallie Circle, Ludlow, Massachusetts and 115 Mayfair Avenue, Springfield, Massachusetts be disbursed to the Clerk, U.S. District Court for disbursal to the victim to whom restitution is owed.


APPROVED:                             SO ORDERED:


_____    _____
UNITED STATES DISTRICT JUDGE         DEPUTY CLERK
                                       UNITED STATES DISTRICT COURT


DATED: