UNITED STATES OF AMERICA
DISTRICT OF AMERICA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | 3:04CR30033-001-MAP |
| | ) | |
| RAYMOND ASSELIN, SR., | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to 18 U.S.C. § 3664 (m)(1)(A)(i) and (ii) and 18 U.S.C. § 3572(d)(1), and

inherent powers of this Court, it is ordered that the monies held by the Federal Bureau of

Investigation in the sum of $290,650.00 seized from 140 Sallie Circle, Ludlow, Massachusetts

and 115 Mayfair Avenue, Springfield, Massachusetts be disbursed to the Clerk, U.S. District

Court for disbursal to the victim to whom restitution is owed.


APPROVED:                              SO ORDERED:


_____    _____
UNITED STATES DISTRICT JUDGE      DEPUTY CLERK
                                   UNITED STATES DISTRICT COURT


DATED: 6·22·07