UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  Plaintiff, )<br> )<br> v. )<br> )<br>RAYMOND ASSELIN, SR. )<br>  Defendant, )<br> )<br> *and* )<br> )<br>SPRINGFIELD RETIREMENT SYSTEM )<br>  Garnishee. ) | 3:04CR30033-001-MAP |

### ORDER

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Springfield Retirement System, is to disburse all funds, including but not limited to $163,100.59, to the Clerk of Court, c/o United States District Court, One Courthouse Way, Suite 2300, Boston, MA 02210; Re: Raymond Asselin, Sr., Court No. 3:04CR30033-001-MAP.

APPROVED:

*[signature]*
UNITED STATES DISTRICT JUDGE

SO ORDERED:

*[signature]*
DEPUTY CLERK
UNITED STATES DISTRICT COURT

DATED: 6-22-07