## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. |
| RAYMOND ASSELIN, SR., | ) | 3:04CR30033-001-MAP |
| Defendant, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| SPRINGFIELD RETIREMENT SYSTEM | ) | |
| Garnishee. | ) | |

## **ORDER**

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Springfield Retirement System, is to disburse $78,350.80 from the retirement account of Raymond Asselin, Sr., to the Clerk of Court, c/o United States District Court, One Courthouse Way, Suite 2300, Boston, MA 02210; Re: Raymond Asselin, Sr., Court No. 3:04CR30033-001-MAP.  Said disbursement shall be applied to Defendant's outstanding criminal fine debt.


APPROVED:                                                              SO ORDERED:


_____              _____
THE HONORABLE MICHAEL A. PONSOR          DEPUTY CLERK
UNITED STATES DISTRICT COURT JUDGE      UNITED STATES DISTRICT COURT