UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | )<br>)<br>) | |
| vs. | )<br>) | |
| RAYMOND ASSELIN, SR.,<br>　　　　Defendant, | )<br>)<br>) | 3:04CR30033-001-MAP |
| *and* | )<br>) | |
| SPRINGFIELD RETIREMENT SYSTEM,<br>　　　　Garnishee | )<br>) | |

MOTION TO CONTINUE DEFENDANT S MOTION
FOR RECONSIDERATION OF COURT S ORDER
OF GARNISHMENT TO GARNISHEE OF $163,100.59
AND REQUEST FOR TEMPORARY ORDER TO CEASE
GARNISHMENT PROCEEDINGS
**(Assented-To)**

　　　　Now comes the Defendant ( Mr. Asselin ) who moves that this Honorable Court continue the above motion scheduled for hearing on March 10, 2008.

　　　　As reasons therefor:

1.　　Counsel for the Defendant will be away from the Commonwealth on March 10, 2008 through March 13, 2008, in Utah, and is therefore unavailable;

2.　　Christopher R. Donato, U. S. Attorney s Office, having been informed of this request, has indicated to counsel that he does not object thereto.

3.　　Counsel for the Defendant respectfully requests that this motion be continued to any of

the following dates: **March 20, 24, 25 or 31, 2008, or whatever date and time this Honorable Court deems to be convenient.**

Raymond Asselin, Sr.,
By his attorney,


/S/ James J. Bregianes
James J. Bregianes, Esq.
95 State Street, Ste. 309
Springfield, MA 01103
Tel. 413-737-1489
Fax. 413-733-0238
BBO# 636226

Assented-to by

/S/ Christopher R. Donato
Christopher R. Donato
Assistant U.S. Attorney


March 6, 2008


## CERTIFICATE OF SERVICE

    I hereby certify that the above-document was filed through the ECF system electronically to any registered participants and a paper copy was sent by mail to those indicated as non-registered participants.


March 6, 2008

/S/ James J. Bregianes
James J. Bregianes, Esq.
Attorney for Raymond Asselin, Sr.

Case 3:04-cr-30033-MAP    Document 481    Filed 03/06/2008    Page 3 of 3