# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>RAYMOND ASSELIN, SR.,<br>        Defendant,<br><br>*and*<br><br>SPRINGFIELD RETIREMENT SYSTEM<br>        Garnishee. | CASE NO.<br>3:04CR30033-001-MAP |

### PLAINTIFF'S STATUS REPORT O DEFENDANT
### RAYMOND ASSELIN, SR'S RESTITUTION

Pursuant to this Court's Order at the hearing on March 24, 2008, the United States hereby reports that, per information provided by the United States Marshal's Office, all proceeds from the sale of the defendant's assets have been turned over to the United States District Clerk's Office for the District of Massachusetts for dispersement to the Springfield Housing Authority, the victim of the defendant's criminal acts.

        Respectfully submitted,

        UNITED STATES OF AMERICA
        By its attorneys

        MICHAEL J. SULLIVAN
        United States Attorney

Dated: May 20, 2008    By:    /S/ Christopher R. Donato
                                      Christopher R. Donato
                                      Assistant U.S. Attorney
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA 02210
                                      (617) 748-3303

**CERTIFICATE OF SERVICE**

      I hereby certify that the above-document was filed through the ECF system electronically to any registered participants and a paper copy was sent by mail to those indicated as non-registered participants.


Dated: May 20, 2008            /S/ Christopher R. Donato
                                            Christopher R. Donato
                                            Assistant U.S. Attorney