UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>vs.<br><br>RAYMOND ASSELIN, SR.,<br>  Defendant,<br><br>  *and*<br><br>SPRINGFIELD RETIREMENT SYSTEM,<br>  Garnishee | )<br>)<br>)<br>)<br>)<br>)   3:04CR30033-001-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEFENDANT S MOTION FOR COURT TO ISSUE
AMENDED ORDER OF GARNISHMENT
**(Assented-To)**

  Now comes the Defendant ( Mr. Asselin ) who moves that this Honorable Court issue an amended order to the Garnishee, Springfield Retirement System, in the amount of $78,350.80.

As grounds:

1. On or about June 22, 2007, the Court issued an order to Garnishee in the amount of $163,100.59;

2. On or about January 24, 2008, Mr. Asselin filed Defendant s Motion for Reconsideration of Court s Order of Garnishment to Garnishee of $163,100.59 and Request for Temporary Order to Cease Garnishment Proceedings ( Defendant s Motion );

3. On or about February 4, 2008, the Plaintiff filed Plaintiff s Response to Defendant s Motion. In its Response, the Plaintiff stated that it was mistaken in requesting the Court garnish $163,100.59 and it should have requested an order that the Garnishee disburse funds to satisfy Mr. Asselin s fine, rather than the fine and restitution. The Plaintiff attached an amended proposed order to its Response for disbursement of $78,350.80;

4. On March 24, 2008, the Court held a hearing on Defendant s Motion. The Court suggested that it enter a new order to the Garnishee in the amount of $78,350.80. Mr.

       Asselin requested some additional time to attempt to resolve issues with the Garnishee, and the Court granted the parties until May 23, 2008 to report on the status of the garnishment proceedings;

5.     The Plaintiff and Mr. Asselin have agreed that the Court now issue the Order attached to the Plaintiff's Response, and rescind its June 22, 2007 Order, if it has not already done so;

6.     The Plaintiff and Mr. Asselin contemplate that any federal tax liability with respect to the disbursement will be paid from funds in the possession of the Garnishee other than the amount disbursed for the payment of Mr. Asselin's outstanding criminal fine debt.

**Wherefore, Mr. Asselin requests this Motion be allowed and the Court issue the amended proposed order of garnishment in the amount of $78,350.80 attached to Plaintiff's Response.**

                                                     Raymond Asselin, Sr.,
                                                     By his attorney,

                                                     /S/ James J. Bregianes
                                                     James J. Bregianes, Esq.
                                                     95 State Street, Ste. 309
                                                     Springfield, MA 01103
                                                     Tel. 413-737-1489
                                                     Fax. 413-733-0238
                                                     BBO# 636226

Assented-to by

/S/ Christopher R. Donato
Christopher R. Donato
Assistant U.S. Attorney

May 22, 2008

CERTIFICATE OF SERVICE

    I hereby certify that the above-document was filed through the ECF system electronically to any registered participants and a paper copy was sent by mail to those indicated as non-registered participants.

May 22, 2008

                                                     /S/ James J. Bregianes
                                                     James J. Bregianes, Esq.
                                                     Attorney for Raymond Asselin, Sr.