UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>RAYMOND ASSELIN, SR.,<br>    Defendant,<br><br>    *and*<br><br>SPRINGFIELD RETIREMENT SYSTEM<br>    Garnishee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CASE NO.<br>       3:04CR30033-001-MAP |

## ORDER

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Springfield Retirement System, is to disburse $78,350.80 from the retirement account of Raymond Asselin, Sr., to the Clerk of Court, c/o United States District Court, One Courthouse Way, Suite 2300, Boston, MA 02210; Re: Raymond Asselin, Sr., Court No. 3:04CR30033-001-MAP. Said disbursement shall be applied to Defendant's outstanding criminal fine debt.

APPROVED:                                                    SO ORDERED:

_Michael O. Ponsor 5-27-08_                    _Mary Finn_
THE HONORABLE MICHAEL A. PONSOR         DEPUTY CLERK
UNITED STATES DISTRICT COURT JUDGE      UNITED STATES DISTRICT COURT