USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 04-30033-MAP |
| DEFENDANT | TYPE OF PROCESS |
| Raymond B. Asselin, Sr., et al., | Final order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

56 Stage Island Road, Chatham, Massachusetts

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kristina E. Barclay, AUSA
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED 2007 JUL 18 P 4:00 U.S. MARSHALS SERVICE BOSTON, MA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please dispose of 56 Stage Island Road, Chatham, Massachusetts in accordance with the attached Final order of Forfeiture and applicable law.

CATS ID No. 05-FBI-001641                                   JLJ xt 3297

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER: 617-748-3100    DATE: 6/27/07

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 7/18/07 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

✓ Barbara J. Teloff

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 5/20/08    Time: [ ] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: Property was sold for $2,350,000.00.
Per granted restitution order, check was issued to the U.S. District Clerk in the amount of $2,198,953.18 (net proceeds).

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00