June 16, 2008

Re: Raymond B. Asselin, Sr.
Case No. 3:04CR30033-001-MAP

Ms. Mary Finn, Deputy Clerk
U.S. District Court
1550 Main Street
Sjpringfield, Ma. 01103

Document 489
Filed 05/29/2008
Court order to disburse $78,350.80 (copy attached) to be applied to fine debt.

The Devens Program Review Report of 5/15/08, indicated trust fund deposits of $796.80 (copy attached) as well as a $46.00 deposit dated 6/9/08 at Devens for a total of $842.80. It is my understanding that these funds were transferred from Devens FMC trust fund to your U.S. Court.

Since the fine has been satisfied, please send the $842.80 payable to:

Raymond Asselin, Sr.
115 Mayfair Avenue
Springfield, Ma. 01104

If there are any questions, please contact my wife and power of attorney.:

Janet K. Asselin
115 Mayfair Ave.
Springfield, Ma. 01104
Tel. (home) 737-1073
     (work) 413 536-2685

Thank you for your consideration.

Raymond Asselin , Sr.

*Raymond Asselin, Sr.*
*Janet Asselin* - POA