UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ✓ CASE NO. |
| ) | 3:04CR30033-001-MAP |
| RAYMOND ASSELIN, SR., ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| SPRINGFIELD RETIREMENT SYSTEM ) | |
| Garnishee. ) | |

### ORDER

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Springfield Retirement System, is to disburse $78,350.80 from the retirement account of Raymond Asselin, Sr., to the Clerk of Court, c/o United States District Court, One Courthouse Way, Suite 2300, Boston, MA 02210; Re: Raymond Asselin, Sr., Court No. 3:04CR30033-001-MAP. Said disbursement shall be applied to Defendant's outstanding criminal fine debt.

APPROVED:                                    SO ORDERED:

*Michael A. Ponsor* 5-27-08                  *Mary Finn*
THE HONORABLE MICHAEL A. PONSOR              DEPUTY CLERK
UNITED STATES DISTRICT COURT JUDGE           UNITED STATES DISTRICT COURT

```
DEVBZ              *    PROGRAM REVIEW REPORT         *    05-15-2008
PAGE 001                                                   15:08:17

INSTITUTION: DEV  DEVENS FMC

NAME.......: ASSELIN, RAYMOND SR              REG. NO: 90813-038
RESIDENCE..: SPRINGFIELD, MA 01104

TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....:  11-08.

PROJ. RELEASE DATE..: 01-14-2016     RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE           HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW:  4-09          DETAINERS (Y/N): N
CIM STATUS (Y/N)...: N           IF YES, RECONCILED (Y/N): reviewed
PENDING CHARGES....:  none Known

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: NO
   IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

CATEGORY       - - - - - -  CURRENT ASSIGNMENT  - - - - - - - -   EFF DATE     TIME

CMA           PROG RPT       NEXT PROGRESS REPORT DUE DATE         04-30-2010   0730
CMA           RPP NEEDS      RELEASE PREP PGM NEEDS                05-05-2007   0730
CMA           V94 COA913     V94 CURR OTHER ON/AFTER 91394         05-25-2007   0730
CUS           OUT            OUT CUSTODY                           03-29-2007   1522
DRG           DRG I NONE     NO DRUG INTERVIEW REQUIRED            05-25-2007   0730
EDI           ESL HAS        ENGLISH PROFICIENT                    05-29-2007   1405
EDI           GED HAS        COMPLETED GED OR HS DIPLOMA           05-29-2007   1405
FRP           PART           FINANC RESP-PARTICIPATES              05-18-2007   1300
LEV           MINIMUM        SECURITY CLASSIFICAT'N MINIMUM        03-26-2007   1514
MDS           REG DUTY       NO MEDICAL RESTR--REGULAR DUTY        05-09-2007   1520
MDS           YES F/S        CLEARED FOR FOOD SERVICE              05-12-2008   1327
QTR           I01-012L       HOUSE I/RANGE 01/BED 012L             12-27-2007   1215
RLG           CATHOLIC       CATHOLIC                              05-10-2007   0730
WRK           CMP F/S PM     CAMP FOOD SVC PM                      12-27-2007   1215

WORK PERFORMANCE RATING:  ct earns good work reports

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW:
                           none

FRP PLAN/PROGRESS:  TRUST FUND DEPOSITS PAST 6 MO: $ 796.80
FRP PAYMENTS PAST 6 MO: $           OBLG BALANCE: $
CURRENT FRP PLAN: $ 46 qtr   PAYMENTS COMMENSURATE: YES ✓  / NO
IF NO, NEW PAYMENT PLAN:
            participates
                    owes $74,962.00 on fine
                    and $2,252,522.00 on Restitution

SA fee pd. - $300.00

ct in cm out with payment plan based on nursing funds / community resources
```

```
DEVBZ            *        PROGRAM REVIEW REPORT          *      05-15-2008
AGE 002                                                         15:08:17
```

RELEASE PREPARATION PARTICIPATION: 5 classes remaining
HN - Health Nutrition          PF - Personal Finance
CR - Community Resources       EM - Employment
RI - Release Issues

CCC RECOMMENDATION: will review when nearer to release

PROGRESS MADE SINCE LAST REVIEW: Clean conduct
Currently enrolled in 3 classes
Completed several classes since last team

GOALS FOR NEXT PROGRAM REVIEW MEETING: complete 2 classes of interest by next review, earn good work reports, maintain family ties, participate in leisure/recreation activities, seek mental health counseling if needed, comply with any medication regimen and medical treatment. Make scheduled FRP payments

LONG TERM GOALS: Maintain clear conduct/sanitation throughout Incarceration

OTHER INMATE REQUESTS/TEAM ACTIONS: 407/408 reviewed.

DNA = required to be tested.

I/M request wife & adult son to be placed on visiting lists/unit team will continue to work with inmate

```
DEVBZ            *      PROGRAM REVIEW REPORT      *      05-15-2008
PAGE 003 OF 003                                           15:08:17
SIGNATURES:

CHAIRPERSON: _____    INMATE: _____

DATE:  5-21-08                          DATE:  5-21-08
```

## POWER OF ATTORNEY

KNOW ALL BY THESE PRESENTS: That I, __Raymond B. Asselin__ of, __Springfield, Massachusetts__ have made, constituted and appointed and by these presents do make, constitute and appoint __Janet K. Asselin__, my true and lawful attorney to act in, manage, and conduct all my estate and all my affairs, and for that purpose for me and in my name, place, and stead, and for my use and benefit, and as my act and deed, to do and execute, or to concur with persons, jointly interested with myself therein in the doing or executing of, all or any of the following acts, deeds, and things, that is to say:

(1) To buy, receive, lease, accept, or otherwise acquire; to sell, convey, mortgage, hypothecate, pledge, quitclaim, or otherwise encumber or dispose of or to contract or agree for the acquisition, disposal or encumbrance of; any property whatsoever and wheresoever situated, be it real, personal or mixed, or any custody, possession, interest, or right therein or pertaining thereto, upon such terms as my said attorney shall think proper.

(2) To take, hold, possess, invest, lease, or let, or otherwise manage any or all of my real, personal, or mixed property, or any interest therein; to eject, remove, or relieve tenants or other persons from, and recover possession of, such property by all lawful means; and to maintain, protect, preserve, insure, remove, store, transport, repair, rebuild, modify, or improve the same or any part thereof;

(3) To make, do, and transact all and every kind of business of any nature or kind whatsoever, including the receipt, recovery, collection, payment, compromise, settlement, and adjustment of all accounts, legacies, bequests, interests, dividends, annuities, demands, debts, taxes, and obligations, which may now or hereafter be due, owing, or payable by me or to me;

(4) To make, endorse, accept, receive, sign, seal, execute, acknowledge, and deliver deeds, assignments, agreements, certificates, hypothecations, checks, notes, bonds, vouchers, receipts, and such other instruments in writing of whatever kind and nature as may be necessary, convenient, or proper in the premises;

(5) To deposit and withdraw for the purposes hereof, in either my said attorney's name or my name or jointly in both our names, in or from any banking institution, any funds, negotiable paper, or monies which may come into my said attorney's hands as such attorney or which I now or hereafter may have on deposit or be entitled to;

Roy H. Anderson, Esq.
935 Main Street, Suite 303
P.O. Box 1420
Springfield, MA 01101-1420
PH. (413) 736-2400
FAX (413) 788-9178

(6) To institute/prosecute, defend, compromise, arbitrate, and dispose of legal, equitable or administrative hearings, actions, suits, attachments, arrests, distresses or other proceedings, or otherwise engage in litigation in connection with the premises.

(7) To act as my attorney or proxy in respect to any stocks, shares, bonds, or other investments, rights, or interests, I may now or hereafter hold;

(8) To engage and dismiss agents, counsel, and employees, and to appoint and remove at pleasure any substitute for, or agent of my said attorney, in respect to all or any of the matters or things herein mentioned and upon such terms as my attorney shall think fit;

(9) To prepare, execute, and file income and other tax returns, and other government reports, applications, requests and documents;

Giving and Granting unto my said attorney full power and authority to do and perform all and every act, deed, matter and thing whatsoever in and about my estate, property, and affairs as fully and effectually to all intents and purposes as I might or could do in my own proper person if personally present, the above specially enumerated powers being in aid and exemplification of the full, complete, and general power herein granted and not in limitation or definition thereof; and hereby ratifying all that my said attorney shall lawfully do or cause to be done by virtue of these presents.

And I hereby declare that any act or thing lawfully done hereunder by my said attorney shall be binding on myself, and my heirs, legal and personal representatives, and assigns whether the same shall have been done before or after my death, or other revocation of this instrument, unless and until reliable intelligence or notice thereof shall have been received by my said attorney.

**This Power of Attorney shall not be affected by any subsequent disability or incapacity of the principal.**

I further hereby appoint ___Janet K. Asselin___ as my agent to make health care decisions for me if and when I am unable to make my own health care decisions. This gives my agents the power to consent to giving, withholding or stopping any health care, treatment, service, or diagnostic procedure. My agent also has the authority to talk with health care personnel, obtain information, and sign forms necessary to carry out those decisions.

By this document I intend to create a Durable Power of Attorney and to appoint a Proxy for Health Care Decisions, which health care proxy shall take effect upon my incapacity to make my own health care decisions and shall continue during that incapacity.

BY SIGNING HERE I INDICATE THAT I UNDERSTAND THE PURPOSE AND EFFECT OF THIS DOCUMENT.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the 3rd day of April, 2007.

_____                    _____
Witness

COMMONWEALTH OF MASSACHUSETTS

Hampden, ss                                                April 3rd, 2007

On this 3rd day of April, 2007, before me, the undersigned notary public, personally appeared Raymond B. Asselin, and proved to me through satisfactory evidences of identification, which was his/~~her~~ Massachusetts Driver's License, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose.

_____
Lourdes M. Cortez, Notary Public
My Commission Exp: 1/17/2014