UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:04CR30033-001-MAP |
| | ) | |
| RAYMOND ASSELIN SR., | ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of

the assessment, fine and restitution Judgment as to the defendant in the above-captioned matter,

Raymond Asselin Sr., by payment in full.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/   Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: June 25, 2008

## CERTIFICATE OF SERVICE

Suffolk, s.s.                                                                                  Boston, MA

I hereby certify that on this date a copy of this document was filed through the ECF
system and sent to Raymond Asselin, located at Springfield, MA electronically to any registered
participants and/or a paper copy was sent by mail to those indicated as non-registered
participants.

   /s/   Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney